ORIGINAL

FILED
MAR 2 4 2005
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL W. STOVALL,

Plaintiff,

v.

ANN M. VENEMAN, Secretary, Department of Agriculture, *et al.*,

Defendants.

Civil Action No. 04-319 (RMC)

05- 400C

**ORDER**

For the reasons stated in the Court's memorandum and opinion, the complaint allegations arising under the Equal Credit Opportunity Act and the United States and Alabama Constitutions are **DISMISSED**. The complaint allegations relating to the alleged breach of contract are **TRANSFERRED** to the United States Court of Federal Claims.

**SO ORDERED.**

DATE: January 24, 2005.

/s/
ROSEMARY M. COLLYER
United States District Judge

**ECF DOCUMENT**

I hereby attest and certify that this is a printed copy of a document which was el[illegible]y filed with the United States District Court for the [illegible]olumbia.
Date Filed: 1-24-05

NANCY MAYER-WHITTINGTON, CLERK
By: [signature]

26