# In The United States Court of Federal Claims

No. 05-400C

(Filed: June 23, 2005)

MICHAEL W. STOVALL,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 24, 2005, this case was designated as an electronic case. On June 14, 2005, the court received, in paper form, plaintiff's second amended complaint. The Clerk is directed to return the complaint to plaintiff, and plaintiff is directed to file this motion and all further pleadings electronically.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge