**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MICHAEL W. STOVALL,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 05-400C** |
| | § | **(Judge Allegra)** |
| **THE UNITED STATES,** | § | |
| | § | |
| **Defendant.** | § | |

**<u>UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS</u>**

Now comes Michael W. Stovall, by and through attorney, James W. Myart, Law Office of James W. Myart, Jr., P.C., 1104 Denver Blvd., San Antonio, TX 78210, and files this Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, and would show the Court the following:

1. Plaintiff's response to Defendant's Motion to Dismiss is currently due on June 26, 2005.

2. Counsel did not receive notification that Defendant had filed its Motion to Dismiss (filed June 16, 2005) until June 23, 2005 due to the fact that Counsel's CM/ECF Account had not yet been established.

3. Counsel has conferred with Mr. Douglas Mickle, Attorney for Defendant, on June 24, 2005, who is unopposed to this motion.

4. The parties have agreed to a thirty (30) day extension for Plaintiff to respond to Defendants Motion to Dismiss, making Plaintiff's response due July 24, 2005.

Dated: June 24, 2005 Respectfully submitted,

/s/

James W. Myart, Jr.
Law Office of James W.
Myart, Jr., P.C.
1104 Denver Blvd., Ste 300
San Antonio, TX 78210
(210)533-9461
(210)533-4815=fax
D.C. Bar NO.TX0021

**CERTIFICATE OF FILING**

I hereby certify that on June 24, 2005, a copy of the foregoing instrument was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/

James W. Myart, Jr.