**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MICHAEL W. STOVALL,** | **§** | |
| | **§** | |
| **Plaintiff,** | **§** | |
| | **§** | |
| **v.** | **§** | **No. 05-400C** |
| | **§** | **(Judge Allegra)** |
| **THE UNITED STATES,** | **§** | |
| | **§** | |
| **Defendant.** | **§** | |

**ORDER**

On ________________ came to be heard Plaintiff's Unopposed Motion for Extension of time to Response to Defendant's Motion to Dismiss.

Plaintiff's Response to Defendant's Motion to Dismiss is now due on July 24, 2005.

**IT IS SO ORDERED.**

Dated:____________________

________________________________
Francis M. Allegra
Judge