# In The United States Court of Federal Claims

No. 05-400C

(Filed: June 27, 2005)

MICHAEL W. STOVALL,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 24, 2005, plaintiff filed an unopposed motion for extension of time to respond to defendant's motion to dismiss. Pursuant to RCFC 7.1(c), plaintiff's response to that motion is currently due on July 14, 2005. Plaintiff's motion is hereby **GRANTED**. Accordingly, on or before July 25, 2005, plaintiff shall file its response to defendant's motion to dismiss.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge