# APPENDIX

| | | |
|---|---|---|
| 1. | Declaration of Lloyd Wright | (3 Pages) |
| 2. | Declaration of James W. Myart, Jr. | (9 Pages) |
| 3. | Declaration of Michael Stovall | (5 Pages) |