**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MICHAEL W. STOVALL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-400C** |
| | ) | **Judge Allegra** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME</u>**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 7-day enlargement of time, to and including August 18, 2005, to file the Government's reply to plaintiff's response to our motion to dismiss. Pursuant to RCFC Rules 6(e) and 7.1, our response is currently due on August 11, 2005. This is defendant's first request for an enlargement of time for this purpose. Counsel for defendant has discussed this motion with Mr. Stovall's counsel, and he does not oppose this motion for enlargement.

The United States requests this brief enlargement of time because counsel for defendant has just received comments from the Department of Agriculture concerning plaintiff's response, and needs this additional time to incorporate the agency's comments into the Government's reply, and have the reply reviewed by his supervisors.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed request for a 7-day enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

OF COUNSEL:
Ron Walkow
Office of the General Counsel
United States Department of Agriculture
Washington, D.C.

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 307-0383
Fax: (202) 353-7988

August 8, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 10, 2005, a copy of the foregoing "**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**" with its accompanying appendix was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle
Douglas K. Mickle