**IN THE UNITED COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MICHAEL W. STOVALL** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 05-400C** |
| | ) | **(Judge Allegra)** |
| | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO THE UNITED STATES MOTION TO DISMISS AND REQUEST FOR ENLARGEMENT OF TIME TO FILE SURREPLY**

Michael Stovall ("PLAINTIFF") files this Motion for Leave to File Surreply To Defendant's Reply to Plaintiff's Response to The United States' Motion to Dismiss and Request for Enlargement of Time to File Surreply and shows the Court the following:

1. Defendant has presented to the Court a seventeen (17) page reply with forty-four cited cases and four cited federal statutes.

2. Defendant is intent on trying to convince the Court that it does not have jurisdiction in this matter. More, however, Defendant has revealed to the undersigned that it views the Court's jurisdictional decision in this single case as a watershed matter because the Defendant is aware that there are many other settlement agreements with other black farmers that have been breached by the Defendant. Defendant is keenly aware that if this Court decides, at it should, that it has jurisdiction in this matter, other cases will follow.

3. It is imperative to this plaintiff and others like him, that he have the full

opportunity to brief the matter. Should the Court decide against its jurisdiction authority in this matter, this plaintiff, and others like him, will have no remedy at law, particularly since the DC District Courts have opined that jurisdiction lies in this Court pursuant to the Tucker Act and not in the District Courts.

4. This Court's rejection of jurisdiction would result in placing this plaintiff, and others like him, in sort of a "no mans' land," judicially, for he will have a right without a remedy – an absurdity in the law.

4. DEFENDANT will not be prejudiced by the filing of the Plaintiff's Surreply, nor by allowing said Surreply to be filed on or before September 22, 2005, and same will advance the efficient adjudication of the case at bar.

5. PLAINTIFFS request the Court grant leave for Plaintiff to file his Surreply to Defendant's Reply to Plaintiff's Response to the United States' Motion to Dismiss and that the Surreply be filed no later than September 22, 2005.

6. Counsel conferred with the Defendant's counsel, Douglas K. Mickle, who indicated no opposition to this Motion.

PLAINTIFF prays the Court grant this Motion for Leave to File Plaintiff's Surreply to Defendant's Reply to Plaintiff's Response to the United States' Motion To Dismiss that Plaintiff's Surreply be due no later than September 22, 2005 and for further relief PLAINTIFF may show himself entitled.

Respectfully submitted,

James W. Myart, Jr., P.C.
306 Preston Avenue
San Antonio, Texas 78210
Phone: (210) 533-9561
Fax: (210) 533-4815

By:_/s/______________________
James W. Myart, Jr.
D. C. Bar No. TX 0021

Attorney for Plaintiff

DATE:__________________

CERTIFICATE OF SERVICE

All parties have been notified of this motion via ECF.

/s/________________________________

James W. Myart, Jr.

**IN THE UNITED COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MICHAEL W. STOVALL** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 05-400C** |
| | ) | **(Judge Allegra)** |
| | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |

**PROPOSED ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for Leave to File Sureply to Defendant's Reply to Plaintiff's Response to Defendant's Motion to Dismiss, and the entire record of this case, it is hereby

ORDERED that the motion should be and is hereby GRANTED, and Plaintiffs Sureply to Defendant's Reply to Plaintiff's Response to Defendant's Motion to Dismiss on or before September 22, 2005.

_________________, 2005.

_________________________
JUDGE PRESIDING