**IN THE UNITED COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MICHAEL W. STOVALL** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 05-400C** |
| | ) | **(Judge Allegra)** |
| | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIMETO FILE SURREPLY**

Plaintiff hereby respectfully files this motion for an enlargement of time to surreply, and for such request would show the Court as follows:

Plaintiff had previously requested leave to file surreply, which motion was granted by the Court making the due date to September 22, 2005.

On September 2, 2005, Plaintiff's counsel suffered and was hospitalized for cerebral vascular accident on that date and remained in the hospital until September __, 2005. Plaintiff's counsel's primary physician, Dr. Leo Edwards, ordered complete bedrest and no activity until Plaintiff's counsel returned for a follow-up examination scheduled for September 16, 2005. After September 16, 2005, Plaintiff returned to his practice on an as needed basis, for a few hours a day, and has just this week been able to return to a full day, light schedule. Plaintiff's counsel believed that he could finalize his surreply by September 22, 2005, but because of all of the arrearage caused by his hospitalization, was, regretfully, not possible.

For this reason, Plaintiff requests an enlargement of time of 45 days to file surreply.

Pursuant to LCvR 7.1(m), plaintiff's counsel contacted government counsel to obtain his position on this request. Mr. Douglas Mickel is unopposed to this extension.

Respectfully submitted,

Law Offices of
JAMES W. MYART, JR., P.C.
306 Preston Avenue
San Antonio, Texas 78210
(210) 533-9461
(210) 533-4815

By: /s/___________________
James W. Myart, Jr.
D. C. Bar No.TX0021

Dated: September 22, 2005

Dr. Leo K. Edwards Jr. M.D.
2011 E. Houston Suite 104C
San Antonio, Texas 78202
210-225-5047
210-225-5040 (Fax)

September 6, 2005

To Whom It May Concern:

Mr. James Myart, a patient of mine, that was hospitalized at the Metropolitan Hospital due to a cerebral vascular accident, which caused him to have some visual disturbance and some facial paralysis.

He'll need some time off of work to recuperate from this cerebral vascular accident. His follow-up appointment to see me is September 16. 2005.

Any questions concerning this matter, please call me at 210-225-5047.

Sincerely,

Leo K. Edwards

Dr. Leo K. Edwards Jr. M.D.

**IN THE UNITED COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MICHAEL W. STOVALL** | **)** | |
| | **)** | |
| | **)** | |
| **v.** | **)** | **No. 05-400C** |
| | **)** | **(Judge Allegra)** |
| | **)** | |
| **THE UNITED STATES OF AMERICA** | **)** | |

**PROPOSED ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for Enlargement of Time to file surreply, and the entire record of this case, it is hereby

ORDERED that the motion should be and is hereby GRANTED, Plaintiff shall file surreply on or before November 8, 2005.

__________________________
JUDGE PRESIDING

Date:__________________________