# In The United States Court of Federal Claims

No. 05-400C

(Filed: September 27, 2005)

MICHAEL W. STOVALL,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On September 22, 2005, plaintiff filed an unopposed motion for extension of time to file its surreply to defendant's reply to plaintiff's response to defendant's motion to dismiss. Plaintiff's motion is hereby **GRANTED**. Accordingly, on or before November 10, 2005, plaintiff shall file its surreply.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge