**IN THE UNITED COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MICHAEL W. STOVALL** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 05-400C** |
| | ) | **(Judge Allegra)** |
| | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIMETO FILE SURREPLY**

Plaintiff hereby respectfully files this motion for an enlargement of time to surreply, and for such request would show the Court as follows:

Plaintiff had previously requested leave to file surreply, which motion was granted by the Court making the due date to September 22, 2005.

On September 2, 2005, Plaintiff's counsel suffered and was hospitalized for cerebral vascular accident on that date and remained in the hospital for approximately 1(one) week. Plaintiff's counsel's primary physician, Dr. Leo Edwards, ordered complete bed rest and no activity until Plaintiff's counsel returned for a follow-up examination scheduled for September 16, 2005. After September 16, 2005, Plaintiff returned to his practice on an as needed basis, for a few hours a day, and has been able to return to a full day, light schedule. Since then, plaintiff's counsel has suffered a setback in his recovery and has had to further lighten his work load as ordered by counsel's physician. Attached hereto, is a statement from counsel's primary physician.

Plaintiff's counsel believed that he could finalize his surreply by November 10, 2005, but because of his relapse, counsel regrettably is unable to do so. For this reason, Plaintiff requests

an enlargement of time to file surreply until January 10, 2006.

Pursuant to LCvR 7.1(m), plaintiff's counsel contacted government counsel to obtain his position on this request. Mr. Douglas Mickel is unopposed to this extension.

Respectfully submitted,

Law Offices of
JAMES W. MYART, JR., P.C.
306 Preston Avenue
San Antonio, Texas 78210
(210) 533-9461
(210) 533-4815

By: /s/___________________
James W. Myart, Jr.
D. C. Bar No.TX0021

Dated: November 10, 2005

**IN THE UNITED COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MICHAEL W. STOVALL** | **)** | |
| | **)** | |
| | **)** | |
| **v.** | **)** | **No. 05-400C** |
| | **)** | **(Judge Allegra)** |
| | **)** | |
| **THE UNITED STATES OF AMERICA** | **)** | |

**PROPOSED ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for Enlargement of Time to file surreply, and the entire record of this case, it is hereby

ORDERED that the motion should be and is hereby GRANTED, Plaintiff shall file surreply on or before January 10, 2006.

___________________________
JUDGE PRESIDING

Date:_________________________