Dr. Leo K. Edwards, Jr. M.D.
2011 E. Houston Street, Suite 104C
San Antonio, Texas 78202
210-225-5047
210-225-5040 (fax)

STATE OF TEXAS. . .

COUNTY OF BEXAR. . .

**AFFIDAVIT OF LEO K. EDWARDS, Jr.**

My name is Leo K. Edwards, Jr. I am over the age of eighteen years, capable of making this affidavit, and I have personal knowledge of the medical and other facts stated herein.

I am the treating physician of James W. Myart, Jr., Attorney-at-Law, and I have been his general practitioner for over twenty (20) years.

I have treated Mr. Myart for a chronic diabetic condition and hypertension.

In middle to late August, 2005, Mr. Myart suffered a cerebral vascular accident, a mild stroke, which caused visual disturbance, dizziness, and facial, right side, lingering paralysis. He was hospitalized ant the Metropolitan Methodist Hospital n San Antonio, Texas from approximately August 21, 2005 until August 29, 2005.

While Mr. Myart was in the hospital and because I suspected Mr. Myart's illness was more severe than showed, I referred him for cardio vascular treatment by Dr. Harold Felter, MD, who diagnosed Mr. Myart with Hypertensive Heart Disease; I referred him for neurological treatment by Dr. P. Huan, who confirmed the cerebral vascular infarction; and, I referred him for sleep apnea treatment by Dr. Peter Fornus, who diagnosed Mr. Myart with a sleep disorder.

Upon his release, I ordered Mr. Myart to not work until at least September 16, 2005, and then only after seeing me and getting my written release. Mr. Myart was a no show on that date.

Mr. Myart reports that he did not accept the medical advise, instead he returned full speed to work, and has now suffered a setback in recuperation of his stroke and other confirmed diseases, especially his blood sugar levels, diabetes and hyper-tension, all of which require additional medication.

Mr. Myart is now under more scrutinized medical care, being required to see me 3 times per month and his specialists once a month and restricted to no travel; and rehabilitation treatment by a certified physical therapists until further notice; he has been

ordered to remain off work until November 10, 2005. He has been ordered not to participate in any major trials or hearings which require more then five (5) hours per week preparation and/or appearance from November 10 until January 1, 2006; to quit smoking and to loose 60 pounds to insure his opportunity for longevity and increased health.

Mr. Myart has been advised that unless he follows medical advice and admonitions, his quality of life and life may be shortened by his chronic diseases, which are capable of discipline and control.

Mr. Myart's prognosis for full and viable recovery is quite good given discipline and self-control which will be vigorously monitored over the next twelve (12) months.

AFFIANT SAYETH FURTHER NOT.

Leo K. Edwards Jr. MD

Leo K. Edwards. Jr., MD

Notary

GLORIA LONGORIA
MY COMMISSION EXPIRES
July 14, 2006

NOTARY PUBLIC STATE OF TEXAS

Gloria Longoria

Notary Public

8-24-05