# In The United States Court of Federal Claims

No. 05-400C

(Filed: April 20, 2006)

MICHAEL W. STOVALL,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic oral argument on defendant's motion to dismiss will be held in this case on Tuesday, May 9, 2006, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled argument time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge