**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MICHAEL W. STOVALL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-400C** |
| | ) | **Judge Allegra** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S NOTICE OF FILING THE GOVERNMENT'S MOTIONS AND SUPPORTING BRIEFS IN *STOVALL V. VENEMAN*, 394 F. SUPP. 2D 21 (2005), *BROWN V. UNITED STATES*, 389 F.3D 1296 (D.C. CIR. 2004), AND *SHAFFER V. VENEMAN* 325 F.3d 370 (D.C. Cir. 2003)**

Pursuant to the Court's order dated May 8, 2006, please find attached as exhibits to this filing the Government's motion to dismiss and supporting briefs in Stovall v. Veneman, 394 F. Supp. 2d 21 (2005), as well as the briefs filed upon behalf of the Government in Brown v. United States, 389 F.3d 1296 (D.C. Cir. 2004), and Shaffer v. Veneman, 325 F.3d 370 (D.C. Cir. 2003).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

OF COUNSEL:
Ron Walkow
Office of the General Counsel
United States Department of Agriculture
Washington, D.C.

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 307-0383
Fax: (202) 353-7988

May 15, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 15, 2006, a copy of the foregoing "**DEFENDANT'S NOTICE OF FILING THE GOVERNMENT'S MOTIONS AND SUPPORTING BRIEFS IN STOVALL V. VENEMAN, 394 F. SUPP. 2D 21 (2005), BROWN V. UNITED STATES, 389 F.3D 1296 (D.C. CIR. 2004), AND SHAFFER V. VENEMAN 325 F.3d 370 (D.C. Cir. 2003)**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle
Douglas K. Mickle