**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MICHAEL W. STOVALL,<br><br>Plaintiff,<br><br>v.<br><br>ANN M. VENEMAN,<br>Secretary of Agriculture,<br>RICHARD KNOUFF,<br>KENNETH FAUST,<br>CAROLYN COOKSIE and<br>SAM SNYDER,<br><br>Defendants. | ) | Civil Action No: 04-0400319 (RMC)<br>**ECF** |

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MICHAEL W. STOVALL,<br><br>Plaintiff,<br><br>v.<br><br>ANN M. VENEMAN,<br>Secretary of Agriculture,<br>RICHARD KNOUFF,<br>KENNETH FAUST,<br>CAROLYN COOKSIE and<br>SAM SNYDER,<br><br>Defendants. | ) | Civil Action No: 04-0319 (RMC)<br>**ECF** |

**CERTIFICATION**

I, R. Craig Lawrence, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 68 Fed. Reg. 74187, 74189 (Dec. 23, 2003) (updating Attorney General's delegation of authority, effective Jan. 22, 2004) (to be codified at 28 C.F.R. § 15.4), and first redelegated to me on June 7, 2004, hereby certify that I have read the Complaint in Michael Stovall et. al. v. Ann Veneman, et. al., No. 04-0319 (CKK), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that each individually-sued defendant, RICHARD KNOUFF, KENNETH FAUST, CAROLYN COOKSIE and SAM SNYDER, was acting within the scope of her or his employment as an employee of the United States of America at the time of the incidents alleged

against each defendant.

June 9, 2004

R. CRAIG LAWRENCE
Assistant United States Attorney
Chief, Civil Division