**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MICHAEL W. STOVALL,<br><br>Plaintiff,<br><br>v.<br><br>ANN M. VENEMAN, Secretary,<br>Department of Agriculture, *et al.*,<br><br>Defendants. | ) | Civil Action No. 04-319 (RMC)<br>ECF |

**NOTICE OF SUPPLEMENTAL AUTHORITY**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Defendants hereby notify the Court of the recent decision of the United States Court of Appeals for the District of Columbia Circuit in Brown v. United States, No. 03-5245 (D.C. Cir. Dec. 3, 2004), which cites Shaffer v. Veneman, 325 F.3d 370 (D.C. Cir. 2003), and holds that for a plaintiff to seek remedies in excess of $10,000 for breach of a settlement agreement or to seek reinstatement of the underlying administrative complaint (Title VII in Brown), the Court of Federal Claims has exclusive jurisdiction. A copy of the decision is attached.

Respectfully submitted,

_/s/________________________________
KENNETH L. WAINSTEIN
DC Bar No. 451058
United States Attorney

_/s/________________________________
R. CRAIG LAWRENCE
DC Bar No. 171538
Assistant United States Attorney

_/s/________________________________
WILLIAM R. COWDEN
DC Bar No. 426301

Assistant United States Attorney
Judiciary Center Bldg.
Civil Division
555 Fourth Street, N.W., Rm E4412
Washington, DC 20530
(202) 307-0258

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice has been served by email to plaintiff's counsel of record through the Court's ECF system on this 3rd day of December 2004.

_/s/____________________________________
WILLIAM R. COWDEN
DC Bar No. 426301
Assistant United States Attorney
United States Attorney's Office
Judiciary Center - Civil Division
555 Fourth Street, N.W., Rm E4412
Washington, DC 20530
(202) 307-0258