**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MICHAEL STOVALL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-400C |
| | ) | Judge Allegra |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLAINTIFF'S UNOPPOSSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO COURT ORDER

Plaintiff Michael Stovall files, pursuant to this Court's May 3, 2006 Special Procedures Order, PLAINTIFF'S UNOPPOSSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO COURT ORDER and would show the Court the following:

Plaintiff's response to this Court's May 8, 2006 Order was due on May 22, 2006 by 12:00 midnight.

Plaintiff, beset with electronic technical clichés, filed his response at 12:02 AM, May 23, 2006; a circumstance which is not in compliance with the Court's briefing order.

Plaintiff seeks the Court allow him to file herewith the necessary documents at this time in order to clear the record and to be in compliance with the Court's orders.

Plaintiff further seeks the Court instruct the Clerk to remove any prior filings of the pleadings, which, if this motion is granted, would make those filings moot.

Counsel has conferred with Mr. Mickle, Counsel for the Defendant, who has graciously agreed to this motion and who has stated that the Defendant has not been prejudiced by the two (2) minute late and subsequent filings.

JAMES W. MYART, JR., P.C.

*The Preston House*
1104 Denver Boulevard, Suite 300
San Antonio, Texas 78210
(210) 533-9461
(210) 533-4815 fax

By: ____________________
James W. Myart, Jr.
State Bar No.14755950

ATTORNEY FOR PLAINTIFF