**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MICHAEL STOVALL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-400C |
| | ) | Judge Allegra |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PROPOSED ORDER**

Being unopposed, PLAINTIFF'S UNOPPOSSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO COURT ORDER is hereby GRANTED.

The Clerk is ordered to remove the three prior filings by Plaintiff from the docket of the Court and file under one docket number the documents attached to the PLAINTIFF'S UNOPPOSSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO COURT ORDER filed contemporaneously with his motion.

DATE:_____________

SO OREDERED

_____________________________
Judge Francis Allegra