# In The United States Court of Federal Claims

No. 05-400C

(Filed: May 23, 2006)

MICHAEL W. STOVALL,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

The oral argument that was originally scheduled for Wednesday, May 31, 2006, at 2:00 p.m. (EDT) via telephone will now be held at the at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge