**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| MICHAEL STOVALL, | ) |
| | ) |
| Plaintiff, | ) No. 05-400C |
| | ) Judge Allegra |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT OF TIME**

**NOW COMES** Plaintiff, Michael Stovall, and files, pursuant to this Court's May 3, 2006 Special Procedures Order, PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT OF TIME and would show the Court the following:

1. Plaintiff's response to this Court's May 8, 2006 Order was due on May 22, 2006 by 12:00 midnight.

2. Plaintiff, beset with electronic technical clichés, filed his response at 12:02 AM, May 23, 2006; a circumstance which is not in compliance with the Court's briefing order.

3. Plaintiff seeks the Court allow him to file herewith the necessary documents at this time in order to clear the record and to be in compliance with the Court's orders.

4. Counsel has conferred with Mr. Mickle, Counsel for the Defendant, who has graciously agreed to this motion and who has stated that the Defendant has not been prejudiced by the two (2) minute late and subsequent filings.

WHEREFORE, premises considered, plaintiff prays this motion be granted and that plaintiff be allowed to file his response to defendant's May 15, 2006 brief.

JAMES W. MYART, JR., P.C.
*The Preston House*
1104 Denver Blvd, Suite 300
San Antonio, Texas 78210
(210) 533-9461
(210) 533-4815 fax
By: /s/JamesW.Myart,Jr.
State Bar No.14755950
ATTORNEY FOR PLAINTIFF