**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MICHAEL STOVALL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-400C |
| | ) | Judge Allegra |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PROPOSED ORDER**

Upon review of arguments by Counsel, the Court is of the opinion that PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT OF TIME should be **GRANTED**.

Plaintiff's response is hereby allowed to be entered.

**SO ORDERED.**

**Date______________**

______________________________
**JUDGE FRANCIS ALLEGRA**