# In The United States Court of Federal Claims

No. 05-400C

(Filed: June 2, 2006)

MICHAEL W. STOVALL,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On May 31, 2006, the court heard oral argument on defendant's motion to dismiss. Participating for plaintiff was Douglas Mickle; participating for defendant was James Myart, Jr. At the close of argument, the court **DENIED** defendant's motion to dismiss.

On or before June 30, 2006, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule if applicable.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge