# In The United States Court of Federal Claims

No. 05-400C

(Filed: July 5, 2006)

MICHAEL W. STOVALL,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 30, 2006, the parties filed a joint status report indicating that they are working within an informal process to resolve or narrow the issues involved in this case. To that end, the parties requested a 31-day extension of time within which to work on this process. The motion is hereby **GRANTED**. Accordingly, on or before August 7, 2006, the parties shall file a joint status report indicating how the case should proceed, with a proposed schedule if applicable.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge