# In The United States Court of Federal Claims

No. 05-400C

(Filed: August 25, 2006)

MICHAEL W. STOVALL,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference was held in this case on, August 25, 2006. Participating in the conference were James W. Myart, Jr., on behalf of plaintiff, and Devon A. Wolak, on behalf of defendant. Pursuant to the discussion held therein:

1. Defendant's filing of an answer is hereby **WAIVED**.

2. On or before September 29, 2006, the parties shall exchange initial disclosures.

3. On or before October 13, 2006, the parties shall file a joint status report, indicating their views whether this case would benefit from the use of an ADR process, and if so, in what form.

4. On or before April 27, 2007, all discovery shall be completed.

5. On or before May 11, 2007, the parties shall file a joint status report indicating how this case should proceed, with, if appropriate, a proposed schedule for the filing of dispositive motions, or alternatively, for proceeding to trial.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge