# In The United States Court of Federal Claims

No. 05-400C

(Filed: October 19, 2006)

MICHAEL W. STOVALL,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 25, 2006, the court filed an order instructing the parties to file a joint status report indicating their views whether this case would benefit from the use of an ADR process, and if so, in what form. On October 13, 2006, the parties filed their joint status report. The court has reviewed this report. In light of the defendant's unwillingness to participate in an ADR process at this time, the court sees no purpose in referring this case to the court's ADR process. Accordingly, the deadlines set in this case remain effective.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge