# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL W. STOVALL, | ) | |
| | ) | Electronic Filing |
| Plaintiff, | ) | |
| | ) | No. 05-400C |
| v. | ) | |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER

On August 25, 2006, the Court issued a discovery scheduling order, which provided that the scheduled discovery was to be completed by April 27, 2007. Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, the defendant respectfully requests the Court to amend the current discovery scheduling order to enlarge by sixty days, to and including June 26, 2007, the time to complete the scheduled discovery and to amend the interim dates as indicated below. Counsel for the defendant and counsel for the plaintiff has discussed this motion, and counsel for the plaintiff has indicated that he will not oppose this motion.

This request is necessary because, as a result of various factors, the parties will be unable to complete their planned discovery by the current deadlines. The parties have exchanged discovery requests and, despite our best efforts, each has responded to some but not all of those requests. The parties are confident that full responses to the outstanding requests will be provided in the near future. The parties also have not yet been able to schedule or take all desired depositions before the current April 27, 2007 deadline. The efforts to conduct depositions have been hampered by the time it has taken to complete written discovery, difficulties in coordinating the crowded schedules of all involved, counsel and witnesses, and making allowances for the additional time necessary for travel (counsel and witnesses are spread

among Washington, D.C., Alabama and Texas).

The current scheduling order provides, in pertinent part, as follows:

> 1. On or before April 27, 2007, all discovery shall be completed;
>
> 2. On or before May 11, 2007, the parties shall file a joint status report indicating how this case should proceed, with, if appropriate, a proposed schedule for the filing of dispositive motions, or alternatively, for proceeding to trial.

The parties jointly, respectfully request the Court to amend the schedule to provide as follows:

> 1. All factual discovery shall be completed on or before June 26, 2007;
>
> 2. The parties shall file a joint status report indicating how this case should proceed on or before July 10, 2007.

## CONCLUSION

For these reasons, the defendant, with the consent of the plaintiff, respectfully requests the Court grant this joint motion to amend the scheduling order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 616-0170
Fax (202) 514-8624

April 25, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on April 25, 2007, a copy of the foregoing "UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin A. Wolak
DEVIN A. WOLAK