**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MICHAEL W. STOVALL, | ) | |
| | ) | Electronic Filing |
| Plaintiff, | ) | |
| | ) | No. 05-400C |
| v. | ) | |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 3 days, to and including Friday, July 13, 2007, within which to file the parties' Joint Status Report, which is currently due on July 10, 2007. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiff has indicated that he will not oppose this request for an enlargement of time.

Counsel for both plaintiff and the defendant have been working diligently to prepare the Joint Status Report required pursuant to this Court's April 26, 2007, amendment to the Scheduling Order. In the last week we have conducted three lengthy telephone calls, as well as several other shorter ones, and exchanged at least three versions of a draft Joint Status Report. While discussing the draft Joint Status Report, we have identified a few remaining discovery issues that we hope to resolve without the Court's intervention. We have also been discussing the merits of the case and the possibility of reaching an amicable resolution, which has led us to consider the value of pursuing a means of alternative dispute resolution prior to filing dispositive motions or proceeding to trial. Such a course would require both (a) an adjustment to any proposed dispositive motion and/or pretrial schedule we would propose, and (b) counsel for the defendant seeking formal authority to participate in such proceeding.

Counsel for both parties have been discussing these issues at length and are working to resolve them. However, it now appears that we will not be able to fully resolve them prior to today's filing deadline. Additionally, our efforts to communicate today have been hindered somewhat by (a) plaintiff's counsel's need to conduct a deposition in another case, and (b) defense counsel's need to meet internal supervisory review deadlines for upcoming filings and the need to prepare for an upcoming argument before this Court in another case. Accordingly, we require a short enlargement of time, through the end of the week, so that we can fully discuss these issues and hopefully resolve them, thus alleviating any need to bring the specifics of these issues to the Court's attention in the Joint Status Report.

Finally, we apologize for any inconvenience this request may cause the Court.

For the foregoing reasons, defendant requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530

Tel. (202) 616-0170
Fax. (202) 514-8624

July 10, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on July 10, 2007, a copy of the foregoing “DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK