# In The United States Court of Federal Claims

No. 05-400C

(Filed: July 16, 2007)

---

MICHAEL W. STOVALL,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On July 13, 2007, the parties filed a joint status report requesting that discovery be reopened through August 31, 2007. Accordingly,

1. On or before August 31, 2007, all discovery shall be completed.

2. On or before September 14, 2007, the parties shall file a joint status report indicating how this case should proceed, with, if appropriate, a proposed schedule for the filing of dispositive motions, or alternatively, for proceeding to trial.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge