**IN THE UNITED COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MICHAEL W. STOVALL** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 05-400C** |
| | ) | **(Judge Allegra)** |
| | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |

**PROPOSED ORDER**
**(ONLY)**

**The Court finds Plaintiffs Motion to Compel is pervasive and should therefore be granted.**

**The Court grants and Orders as follows:**

**Defendant shall produce Clyde Thompson for his deposition on__________________.**

**Defendant shall deliver to Plaintiff the requested discovery by________________.**

**Defendant shall be sanction in the amount of __________ for the necessity of filing this motion.**

**Defendant shall be prohibited from raising any defenses it may have had to the Plaintiff's breach of contract claim in this matter.**

**Defendant, etc.__________________________. . . (As it please the Court)**

______________________________
**Judge Francis Allegra**