# In The United States Court of Federal Claims

No. 05-400C

(Filed: August 22, 2007)

MICHAEL W. STOVALL,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 22, 2007, plaintiff filed a motion to compel, and by telephone, requested an expedited hearing on that motion. Accordingly:

1. On or before Thursday, August 23, 2007, defendant shall file its response to plaintiff's motion to compel.

2. On Monday, August 27, 2007, at 3:30 p.m. (EDT), a telephonic status conference will be held in this case. Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge