**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MICHAEL W. STOVALL, Plaintiff, | ) | Electronic Filing |
| v. | ) | No. 05-400C |
| THE UNITED STATES, Defendant. | ) | (Judge Allegra) |

**DEFENDANT'S MOTION, OUT OF TIME, FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b), defendant requests, out-of-time, an enlargement of time of one day, to and including August 24, 2007, within which to file its response to the plaintiff's August 22, 2007 motion to compel. Pursuant to this Court's August 22, 2007 order, our response was due on August 23, 2007. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiff has indicated that he will not oppose this request for an enlargement of time.

During the teleconference concerning the plaintiff's motion to compel that was held in the afternoon on August 22, 2007, the parties and the Court's representative agreed that the defendant should file its response to the plaintiff's motion by midnight on August 23, 2007, in order to accommodate the plaintiff's request for expedited consideration of his motion. Counsel for the defendant, as well as agency counsel, worked diligently on the response; despite our best efforts, we were unable to complete it until after midnight. We filed our brief at 12:50 a.m. on August 24, 2007. Defendant's counsel's efforts were somewhat hampered during the day, as he had to defend the previously scheduled deposition of Ms. Carolyn Cooksie in this case, and he also had to finalize and file a reply brief in American Red Ball, Inc., et al v. United States, Fed. Cl. No. 07-211C.

Although we would normally refrain from filing a late document until we had obtained leave to do so, we have already filed our response to the plaintiff's motion (at approximately 12:50 a.m.), without leave of Court because we understand that the Court is principally concerned with obtaining the parties' submissions in time to review them prior to Monday's

telephonic hearing. We did not file this motion prior to the deadline because defendant's counsel was busy revising the motion after supervisory review, and he did not notice that midnight was approaching until approximately 11:55 p.m.

Therefore, we respectfully request an enlargement of time, out-of-time, of one day so that our response is deemed timely filed. We apologize for any inconvenience our delay may have caused the Court.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

August 24, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on August 24, 2007, a copy of the foregoing “DEFENDANT'S MOTION, OUT-OF-TIME, FOR AN ENLARGEMENT OF TIME,” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK