# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **STOVALL** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 05-400C** |
| | ) | **(Judge Allegra)** |
| | ) | |
| **USA** | ) | |
| | ) | |

**NOTICE OF NON-APPEARANCE OF CLYDE THOMPSON AND SAM SNYDER AND NON-COMPLIANCE WITH SUBPOENA DUCES TECUM BY CAROLYN COOKSIE**

COMES Plaintiff Michael Stovall and files NOTICE OF NON-APPEARANCE OF CLYDE THOMPSON AND NON-COMPLIANCE WITH SUBPOENA DUCES TECUM BY CAROLYN COOKSIE and would show upon the Court the following:

1. Despite agreement by the USA to produce Mr. Clyde Thompson for deposition and notice pursuant to Deposition Notice Subpoena Duces Tecum, the USA wholly failed to produce the witness as scheduled. The Certificate of Non-Appearance is attached as an exhibit[1] and is incorporated herein as if fully stated verbatim. Notice is also attached.

2. The deposition of Carolyn Cooksie was taken as scheduled on August 23, 2007. Ms. Cooksie, however, wholly refused to produce any documents pursuant to agreement by the USA and notice pursuant to Deposition Notice Subpoena Duces Tecum. Notice attached.

[1] **Counsel is unable to attached the Certificate of Non-Appearnce because it is in a jpeg format, and it is not convertible to a pdf format. Counsel certifies that he is in possession of the document,**

3. Despite agreement by the USA to produce Mr. Sam Snyder for deposition and notice pursuant to Deposition Notice Subpoena Duces Tecum, the USA wholly failed to produce the witness on August 24, 2007. Notice is also attached.

4. The Court is informed that Mr. Snyder presented for deposition on August 22, 2007, a time reluctantly agreed to by Counsel because the USA employed a last minute diversion by sending Counsel a letter indicating that Mr. Thompson would not be presented, despite prior agreement and a subpoena duces tecum, for deposition on August 22, 2007. Counsel did not take the deposition as he was prepared to take only the deposition of Mr. Thompson and because Counsel decided that the motion to compel the testimony of Mr. Thompson and for sanctions was more immediate.

5. The Court is further noticed that the USA'S four (4) month intentional delay tactics in failing to answer certain interrogatories, refusal to produce documents as repeatedly requested and contemptuous failure to abide by the discovery rules of this Court has (a) destroyed the legitimate ends of the discovery process, (b) negatively impacted the discovery end date, August 31, 2007, as the depositions of Carolyn Cooksie, Clyde Thompson and Sam Snyder can not be taken prior to the end of discovery, (c) caused irreparable financial damages to Plaintiff, and (d) may cause Plaintiff to suffer additional financial damages, attorneys fees, travel and room and board expenses should the Court sustain Plaintiff's motion to compel and order the depositions be taken of Mr. Thompson, Ms. Cooksie and Mr. Snyder.

6. Plaintiff simply does not have the financial resources to cover the expenses already incurred as a result of the USA'S recalcitrant conduct. More, Plaintiff

does not have the financial resources to again travel to Washington D.C. for another round of depositions and resistance by the USA.

Respectfully submitted,

James W. Myart, Jr., P.C.
306 Preston Avenue
San Antonio, Texas 78210
Phone: (210) 533-9561
Fax: (210) 533-4815

By:/s/______________________
James W. Myart, Jr.
D. C. Bar No. TX 0021
Attorney for Plaintiff

DATE: August 27, 2007

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was served upon Mr. Devin Wolak via facsimile transmission and/or e-mail and/or first class mail on this 27th day of August, 2007.

/s/__________________________

James W. Myart, Jr.