# In The United States Court of Federal Claims

No. 05-400C

(Filed: August 28, 2007)

MICHAEL W. STOVALL,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 27, 2007, the court held a telephonic status conference. Participating in the conference were Mr. James W. Myart, Jr., on behalf of plaintiff, and Mr. Devin Wolack on behalf of defendant. Pursuant to discussions that occurred during this status conference:

1. On or before September 14, 2007, plaintiff's counsel shall file a brief memorandum, not to exceed five (5) pages, directing the court to any breach of contract cases wherein the defendant's "pattern and practice" of breaching other, similar agreements was considered relevant to breach of the contract at issue;

2. On or before September 14, 2007, plaintiff's counsel shall file a declaration or affidavit setting forth his personal knowledge regarding Mr. Clyde Thompson's involvement, categorically or specifically, in the drafting, negotiation, or alleged breach of the Stovall settlement agreement.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge