# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **STOVALL** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 05-400C** |
| | ) | **(Judge Allegra)** |
| | ) | |
| **USA** | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE BRIEF**

COMES NOW, Michael Stovall, Plaintiff, and files this UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE BRIEF and would show upon the Court the following:

1. Pursuant to this Court's, order Plaintiff is to file a brief regarding discovery and the need for certain production of documents by September 14, 2007.

2. Plaintiff is in need of additional time to file said brief due to Counsel's trial schedule in the United District Court for the Western District of Texas and the State District Court of Texas.

4. Counsel has been preparing for trial in ***State of Texas v. McAlister***, CAUSE # S 2006-CR-8436A which was scheduled to begin September 14, 2007, but which is now on call for the week of September 17, 2007.

5. Counsel also has been preparing for trial in ***McGinnis v. Bexar County Information Systems,*** **CIVIL ACTION NO. SA-05-CA-1217(PAM)** which scheduled for trial on September 17, 2007.

3. Counsel has discussed THIS MOTION with Defendant's Counsel, Mr. Wolak, and he is unopposed to this motion.

4. This motion is not made for delay but rather it is made in the interest of justice.

5. Plaintiff will further note that at the time of writing of said motion it is approximately 11:30 PM, CST and 12:30 PST, which means of course that this filing is approximately 30 minutes past September 14, 2007 the date said brief was due. Counsel prays the Court consider this motion timely filed.

6. Plaintiff prays that the time to file his brief be extended by 30 days until September 14, 2007.

Respectfully submitted,

James W. Myart, Jr., P.C.
306 Preston Avenue
San Antonio, Texas 78210
Phone: (210) 533-9561
Fax: (210) 533-4815

By:/s/______________________

James W. Myart, Jr.
D. C. Bar No. TX 0021
Attorney for Plaintiff

DATE: September 14, 2007

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was served upon Mr. Devin Wolak via facsimile transmission and/or e-mail and/or first class mail on this 14h day of September, 2007.

/s/_____________________________

James W. Myart, Jr.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **STOVALL** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 05-400C** |
| | ) | **(Judge Allegra)** |
| | ) | |
| **USA** | ) | |

## PROPOSED ORDER

**Plaintiff shall file the required brief by October 15, 2007.**

____________________________

**Judge Francis Allegra**