# In The United States Court of Federal Claims

No. 05-400C

(Filed: September 25, 2007)

MICHAEL W. STOVALL,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On August 27, 2007, the court ordered plaintiff's counsel, on or before September 14, 2007, to file a brief memorandum directing the court to any breach of contract cases wherein the defendant's "pattern and practice" of breaching other, similar agreements was considered relevant to the breach of the contract at issue. The court also instructed counsel to file a declaration or affidavit setting forth his personal knowledge regarding Mr. Clyde Thompson's involvement, categorically or specifically, in the drafting, negotiation, or alleged breach of the Stovall settlement agreement.

On September 15, 2007, plaintiff filed an unopposed motion for enlargement of time to file brief, seeking an additional 30 days within which to file his memorandum and declaration/affidavit. This motion was filed after the due date had passed. As such, it failed to comply with the special procedures order (SPO), filed on May 3, 2005, specifically Section 3(a) (requests for enlargements of time should be filed at least five business days in advance of a filing deadline) and Section 3(a)(i) (requiring that motions to file out of time be accompanied by a certification that "the client has been notified that the motion for enlargement is being filed out of time").

Accordingly, the motion is hereby **DENIED**. Should plaintiff wish an enlargement of time, he should file a motion that complies with SPO section 3(a)(i).

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge