**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MICHAEL W. STOVALL** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 05-400C** |
| | ) | **(Judge F. Allegra)** |
| | ) | |
| **THE UNITED STATES OF** | ) | |
| **AMERICA** | ) | |
| | ) | |

**UNOPPOSED MOTION FOR CONTINUANCE OR IN THE ALTERNATIVE STAY PENDING COUNSEL'S RELEASE FROM MEDICAL CARE AND REQUEST FOR EXPEDITED RULING**

**TO THE HONORABLE JUDGE FRANCIS ALLEGRA:**

NOW COMES PLAINTIFF in the above styled and numbered cause and through counsel files this Motion for Continuance or in the Alternative Stay Pending Counsel's Release from Medical Care and would respectfully show upon the Court the following:

1. Counsel for Plaintiffs has experienced a major medical crisis on Friday, September 21, 2007. His physician of more than twenty (20) years, Leo K. Edwards, Jr., M.D., has ordered Mr. Myart not to work at all for at least the next thirty (30) days. Dr. Edwards has prohibited counsel from making court appearances, attending trials, writing briefs, and any and all work related travel for at least the next thirty (30) days. Attached hereto and made a part here of as Exhibit "A" is a hand written note from Leo K. Edwards, Jr., M.D., P.A., delineating the activities in which counsel is prohibited from engaging.

2. Counsel, therefore, seeks the Court continue this matter for at least 45 days or stay the case pending Counsel's release from medical care.

3. Counsel has notified or is in the process of notifying every state and federal Court in which he has matters pending of his medical incapacity as may be verified by this Court.

4. On September 21, 2007 at approximately 4:30 AM, Counsel was brutally assaulted and victimized by an angry mob of all white and Hispanic employees of a national store chain. Injuries resulted.

5. Counsel went to his physician for medical treatment. Counsel was treated by Dr. Edwards and was immediately placed on medical leave by his doctor.

6. At 10:00 PM that evening, a local television station owned by a major broadcast corporation aired a false, malicious, libelous and malicious newscast alleging that Counsel had been arrested for shoplifting and assault even though the television station was provided express notice in advance that the proposed airing of the story was untrue and malicious. The airing of the false story devastated Counsel and his family.

7. On the morning of September 22, 2007, at approximately 3:45 AM, Counsel was rushed to Southeast Baptist Hospital in absolute excruciating abdominal pain resulting from the injuries sustained in the attack so Counsel thought. Counsel was sedated with enormous amounts of Demerol for the unbearable pain. Approximately sic hours later, Counsel, drugged and out-of-it was released from the hospital emergency room physician. The pain appeared to have subsided.

8. Counsel has conferred with Mr. Devin Wolak and he is unopposed to this motion.

9. The Court is informed that there does exist a more detailed medical report of his injuries, but Counsel does not want said report in the public domain. The Court may have a copy of the report if requested or ordered.

10. The Court is further notified that Counsel intends to file leave for permission to file brief outside of time as instructed by the Court in its recent order denying motion for enlargement of time to file brief but will be unable to do so until Counsel is released from medical care.

11. This motion is not made for purposes of delay, but due to legitimate medical issues of James W. Myart, Jr., Counsel for Plaintiffs.

12. Plaintiff has been notified of this motion and he agrees with same.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the court grant this motion for continuance of all matters pending before the Court for at least the forty (45) days or until Counsel notices the Court of his release from medical care.

Respectfully submitted,
James W. Myart, Jr. P.C.
1104 Denver Blvd
San Antonio, Texas 78210
Phone: (210) 533-9461
Fax: (210) 533-4815
By:/S/ _______ ______________
James W. Myart, Jr.
SBN 14755950
ATTY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I, hereby, certify that a true and correct copy of the foregoing pleading has been delivered ECF to Mr. Devin Wolak on September 27, 2007.

/S/________________________
James W. Myart, Jr.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MICHAEL W. STOVALL** | **)** | |
| | **)** | |
| | **)** | |
| **v.** | **)** | **No. 05-400C** |
| | **)** | **(Judge F. Allegra)** |
| | **)** | |
| **THE UNITED STATES OF** | **)** | |
| **AMERICA** | **)** | |
| | **)** | |

**PROPOSED ORDER**

The Court is of the opinion that the motion is meritorious.

This matter is continued until ____________________.

**Or**

This case is stayed until further order of the Court.

______________________________
**United States Claims Court**