**LEO K. EDWARDS, JR., M.D., P.A.**
INTERNAL MEDICINE
2011 E. HOUSTON, SUITE 104C
SAN ANTONIO, TX 78202
(210) 225-5047

DEA # ____________

NAME James Myart AGE ____

ADDRESS ____________ DATE 9/21/07

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

This patient cannot work at all for 30 days.
(1) No Briefs
(2) Court Appearance
(3) Trials
(4) No Travel related to work related activities

Refill ________ times

☐ Label

Leo Edwards Jr
Signature

A generically equivalent drug product may be dispensed unless the practitioner hand writes the words 'Brand Necessary' or 'Brand Medically Necessary' on the face of the prescription.

7FIM4033882