# In The United States Court of Federal Claims

No. 05-400C

(Filed: September 28, 2007)

MICHAEL W. STOVALL,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 28, 2007, the court ordered that on or before September 14, 2007, plaintiff shall file a five (5) page memorandum accompanied by a declaration or affidavit.

On September 15, 2007, plaintiff filed a motion for enlargement of time, which the court denied because it did not comply with Special Procedure Order section 3(a)(i).

On September 27, 2007, plaintiff filed an unopposed motion for continuance, seeking a continuance of 45 days due to counsel's medical issues described therein. The motion is hereby **GRANTED**. Accordingly, the court hereby orders as follows:

1. On or before November 12, 2007, plaintiff's counsel shall file a brief memorandum, not to exceed five (5) pages, directing the court to any breach of contract cases wherein the defendant's "pattern and practice" of breaching other, similar agreements was considered relevant to breach of the contract at issue;

2. On or before November 12, 2007, plaintiff's counsel shall file a declaration or affidavit setting forth his personal knowledge regarding Mr. Clyde Thompson's involvement, categorically or specifically, in the drafting, negotiation, or alleged breach of the Stovall settlement agreement.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge