IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **MICHAEL W. STOVALL** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 05-400C** |
| | ) | **(Judge Allegra)** |
| | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |

**AFFIDAVIT OF DEXTER DAVIS**

Before me was DEXTER DAVIS who was deposed and said the following:

"My name is DEXTER DAVIS. I am over 18 years old and I am capable of making this affidavit. I have personal knowledge of the facts stated herein and they are stated to the best of my recollection and ability. I make this affidavit under the penalty and understanding of perjury.

After many years of horrible discrimination and degrading treatment against me by the Farm Service Agency Loan Officials in Louisiana and Washington D.C., I settled my discrimination administrative claim against the United States Department of Agriculture in 1998. I attach to this affidavit the settlement agreement and incorporate it as if fully stated verbatim.

The attorney who negotiated the 1998 settlement on my behalf was and is now Mr. James W. Myart, Jr. Mr. Lloyd Wright, former Director, Office of USDA Civil Rights negotiated and signed the settlement on behalf of the USDA.

I am expressly aware and have knowledge that that other similarly situated black farmers also settled their administrative discrimination claims about the same time, within days of each other, as I settled mine. I am aware of this because Michael Stovall, Richard Grant, Matthew Grant and Howard Coats have settlement agreements similar, almost exactly the same but for facts specific to each of them, to my settlement agreement. I have this knowledge because I was in Washington DC at the same time as Richard Grant, Gary Grant, and Michael Stovall Davis. I am aware that Mr. Richard Grant and Mr. Gary Grant were representing their father, Mr. Matthew Grant, in Mr. Mathew Grant's administrative discrimination claims. I am aware that the USDA never abided by the Matthew Grant settlement agreement and that Mr. and Mrs. Matthew Grant as well as Mr. Richard Grant are now deceased.

I am expressly aware that Mr. Wright settled a Robert and Laverne Williams' administrative discrimination claim and that the settlement agreement is similar to my settlement agreement.

I am personally aware all of us black farmers talked and still talk on a regular basis and we share our personal stories on how USDA and the FSA discriminated against us and how despite the settlement in our cases and the over $800,000,000 settlement in *the **Pigford v. Veneman*** and the ***Brewington v. Veneman*** Class Black Farmer Class Action Lawsuits, the USDA and FSA officials in the state and national offices were continuing to discriminate against black farmers. We all joined the National Black Farmers Association and the Black Farmers and Agriculturalists Association. We all verbally shared and compared our settlements with each other and the black farmers in these groups.

Like the other black farmers who were settling their cases that week, I was satisfied. We all were satisfied with the programmatic relief provisions because it was my and our understanding when we signed the agreements that the programmatic relief provisions were intended to put me, my wife and my family back in the same or similar position we were as a farmers before the loan discrimination started.

The FSA Officials who discriminated against me were not disciplined by the USDA and they were the same officials placed in charge of executing the programmatic relief provisions outlined in the settlement agreement. The discrimination never stopped as I tried, in accordance with the programmatic relief provisions, to put my soy bean, corn and cotton operation and my life and my family's lives back together.

When it became obvious to me that neither the FSA officials in Louisiana and Washington, D.C. were concerned about my farming operation and that they were willfully and maliciously violating the agreement, I began calling and calling and calling the USDA officials, i.e., FSA Deputy Administrator Carolyn Cooksie, the new USDA Office of Civil Rights Director and Mr. Lou Gallegos, Assistant Secretary for Administration, Mr. Clyde Thompson, the new Deputy Assistant Secretary for Administration and Ms. Gray, the new Assistant Director for the USDA Office of Civil Rights Deputy Director, Mr. Frederick Isler. I even called the new Secretary of Agriculture, Ms. Ann Veneman.

I truly felt and knew that these officials were retaliating against me because I accused them of discrimination in the first place and because I was successful in settling my claims through the resolution agreement. My wife, my family and I were emotionally and financially ruined even with a settlement agreement intended by the parties to put us back in the same or similar position as we were as farmers, who happened to be black, before the loan discrimination started.

I was very persistent in making the literally dozens of phone calls to these people, including numerous phone calls to directly to Mr. Clyde Thompson. I even went to Washington to meet and speak with USDA officials.

I filed a federal administrative discrimination complaint in the Unites States District Court for Columbia. In fact, pending before that Court is my motion to transfer my case to the federal Claims Court. The motion is attached here as an exhibit. The US Attorneys said my case should be brought in the Court of Claims. Now they are saying it should not be in the Court of Claims. Their response to my motion to transfer is also attached to this affidavit.

I have spoken directly with Mr. Clyde Thompson on several occasions and I specifically informed him of the settlement agreement, how the settlement agreement had been breached and how the FSA national and state officials were continuing to discriminate against me. I informed him of how Mr. Sam Snyder falsified the farm and Home Plan.

I recall calling speaking with Mr. Thompson on the phone about five or six times. These conversations took place in 2002 before and after the Black Farmers shut down in protest the FSA Office in Brownsville, Tennessee. That occurred on or about July 2, 2002. I participated in that protest.

After the Tennessee protest, the black farmers including me were invited to meet on or about July 16, 2002, in Washington DC to with Secretary Ann Veneman, Clyde Thompson, the USDA Civil Rights Director and Mr. Fred Isler and Ms. Arlene Leland, USDA Deputy General Counsel for Civil Rights. I went to those meetings in Washington DC and I took the settlement agreement me. The meetings were held at the La' Efant Plaza Hotel and in the USDA Conference Room in the USDA'S Whitten Office Building.

During the meeting at the La' Efant Plaza Hotel, I presented my settlement agreement to the entire panel and I discussed how the USDA officials were continuing to discriminate against me. I did so only after Mr. Myart gave me permission to discuss my cases in the open panel meeting. The panel included, to the best of my recollection, Clyde Thompson, the USDA Civil Rights Director, Mr. Fred Isler and Ms. Arlene Leland. After I discussed the cases, I was asked questions about the settlement agreement, the programmatic relief provisions, and the continued malicious, retaliatory conduct of the USDA officials at the state and national levels.

In fact, all the framers in attendance at the meeting including Gary Grant, Richard Grant, Dexter Davis, Robert Williams and Laverne Williams and I discussed in detail during the panel meetings at the La' Efant Plaza Hotel our settlement agreements and the continued discrimination by the USDA. Mr. Thompson heard every one of those stories from these black farmers.

Mr. Thompson told me to my face that like the second part of Mr. Richard Grant's case would be settled that very week. Mr. Grant's case settled for about $510,000,000. Mr. Thompson settled that case with Mr. Myart because Mr. Myart was his lawyer as well as the lawyer for Gary Grant, Richard Grant, Matthew Grant and Robert Williams and Laverne Williams

Mr. Thompson's assertion that he was not involved and does not know about Michael Stovall's case is not true.

AFFIANT SAYETH FURTHER NOT.

Dexter Davis

**SUBSCRIBED AND SWORN before me on this 9th day of November, 2007.**

Notary Public

Marjerie Day, Notary Public
039572