# AFFIDAVIT

LOCATION: Sondheimer, LA.

I, Dexter L. Davis, being first duly sworn on oath make the following statement freely and voluntarily to Robert Chissell who has identified himself to me as an EEO Investigator, COMPUCON, INC. assigned by the Department of Agriculture to perform this investigation, knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to any party who has an official interest.

> The issue accepted for investigation is: Based on race (Black), unfair treatment and improper withdrawal of farm ownership loan application.

This statement is given in relation to the complaint of discrimination filed by **DEXTER L. DAVIS**.

My full name is Dexter L. Davis, Route 1 Box 240; Sondheimer, Louisiana 71276. I am a Black Male. My complaint is against Farm Service Agency (formerly Farmers Home Administration), United States Department of Agriculture 406 Lake Street, Suite A, Lake Providence, Louisiana 71254. The agency personnel who I believe discriminated against me is Lloyd Adcock, Credit Manager. Mr. Adcock is a White Male. The type of loan that is the basis for this complaint of discrimination is an Operating Loan. I have filed previous complaints from 1989 to 1995. However, in this complaint of discrimination the personnel who discriminated against me is Lloyd Adcock, White Male.

03 2309

In 1995 funds were available from FSA for Operating Loans. In

Exhibit B

FILED
NOV - 7 2003
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Initials D.L.D.

January, 1995, with the knowledge that funds were available, I applied for an Operating Loan. I was told that my loan application was forwarded to the State Office for processing and funding. However, I later learned that actually my loan application was not forwarded to the State Office but was withdrawn from consideration. When I questioned Mr. Adcock about the processing of my Operating Loan application, he informed me that my application was not sent to the State Office but withdrawn because he (Mr. Adcock) had withdrawn my loan application from consideration. He stated that I had come into his office and withdrew the application. Mr. Adcock told me that I came into his office and told him, "do not worry about it. I do not want the money". At the time Mr. Adcock told me this; I told him I did not come into the office and tell him to withdraw my application. The meeting Mr. Adcock is talking about never happened.

Mr. Adcock is being untruthful when he says I came into the office to withdraw my Operating Loan Application. There is also no written request to have my loan application withdrawn, as required by Agency regulations. Therefore, I believe that I was a victim of discrimination because White applicants are not treated this way.

I did discuss the application withdrawal with Mr. Adcock when I made an office visit to do a follow up and find out what had occurred and if the money had become available yet. This is when

he told me my application had been withdrawn. He said to me, " I thought you did not want the money; you said you wanted to withdraw the application". That was it. I guess he was trying to cover up the fact that he never sent it to the State Office

I told my wife about the situation. She got upset and went to the County Office, too. Mr. Adcock then told my wife, that I did not "cash-flow" anyway. and that's why I did no send it (the application) for funding. D.L.D. My wife questioned Mr. Adcock as to why did he mislead us into thinking the loan had been processed when in actuality Mr. Adcock had not sent the application to the State for processing. This is when he stated that I did not cash-flow anyway. As far as I know, when Mr. Adcock stated that I did not cash flow, he meant that I was not able to pay back the crop loan, nor meet any other expenses or other obligations.

Mr. Adcock had given me three different reasons for not forwarding my loan application. After hearing these different reasons, I became very suspicious and called the State Office. The State Office told me that my application was never sent. Also I never received any notice from any office, County or State that my application was withdrawn; whether I consented with the withdrawal or not. There was no process to inform me of the withdrawal. If I had not inquired into the status of the funds; I would have not known of the unauthorized withdrawal. I do not believe White Farmers are treated this way.

Although I made the application for the loan in March, 1995 I would check on the status of the application every two weeks because I was anxious to get into the field. Between January and March 29, 1995, when I completed the application, I supplied other documentation requested and needed by Mr. Adcock. I also signed an "Obligation Form" on March 29, 1995. The "Obligation Form" means that the funds applied for are obligated to you (the applicant) when the funds become available. My understanding is that when you sign the "Obligation Form" you are approved and will get the money when it becomes available whether it is two days, two weeks or two months. However, I did not get nor do I have a copy of the signed "Obligation Form". The Obligation Form was blank when I signed it. Mr. Adcock signed the "Obligation Form" also. Mr. Adcock did not give me a copy of the "Obligation Form"; by now I think he deleted the form or threw it in the trash. The Obligation of Funds document has disappeared.

I became suspicious about my application in September, 1995 when I made the office visit described above. The fiscal year ends October 1st. I had to check on the application because I had made a credit purchase with a chemical dealer and I had promised to pay him as soon as FSA funds became available. After the chemical dealer called me about the debt; I made the office visit to FSA to check on the status of the funds. This is when Mr. Adcock told me

about the withdrawal of my application. After hearing this from Mr. Adcock, I called the State Office and found out my application had never been received by that office.

After this I called the district office to learn about the procedure for withdrawing loan application and whether the supervisor have the authority or right to withdraw my loan application without my consent or agreement. I learned that the regulations required my agreement or consent before a loan application can be withdrawn. Then I call Washington, D.C. and learned the same thing.

I then called the state office again and faxed a letter to the state office and to ~~Washington, D.C.~~ Winnsboro La. DLD I did not get a response on that. Immediately after not getting a response; on October 18th I contacted the Office of Civil Rights and discussed the problem. DLD Some people came from Washington ~~came~~ to have a meeting and discuss some problems we were having here in Louisiana. After this meeting I filed a formal complaint. I did get the loan in 1996. This was an Operating Loan only.

I believe my race, Black, was a factor in the treatment towards me because I had also applied for a purchasing loan for land. I, my application, was in competition with White Farm Applicants in the same farming area with the crops in the same condition and having the same harvesting time. I would have to

call this speculation, but I would see White farmers out in the field operating. By observing the farmers operating, this indicated to me; and I could only conclude that the granting or processing of Operating Loan applications was race related. The White farmers are able to go into the field and do their production with no problems. I and other Black Farmers are late getting into the field and out of the field. The White farmers are able to get new equipment, their equipment is washed; they are able to buy new homes, cars and trucks. While I and other Black farmers are not making any progress. Because I and other Black farmers are getting into the fields later, we have lower crop yields. due to late funding of loans, if any. D.L.D.

White Farmers are also able to get information as to when money is available; how to get the loans and this information is not provided to me or other Black farmers.

A witnesses to the treatment I recieved From FSA is Ricki Ware, Black Male. However, Mr. Ware has also filed a Complaint of Discrimination and therefore he is a Complainant also.

I did get a loan in 1996; but I do seek other remedies and relief. I would seek reimbursement of monetary lost. I lost my complete crop in 1995 and want to be reimbursed. I would like to see punitive damages from the agency for violation of my civil rights and appeal rights and any other rights pertaining hereto. I would like an effective outreach program and dissemination of information to Black farmers in a timely manner; D.L.D. D.L.D.

Initials D.L.D.

as the White farmers get information. I would like to see more efforts by Agriculture to eliminate the disadvantage Black Farmers suffer compared to White Farmers.

Initials D. L. D.

I have read this statement consisting of___ pages, and I have made all necessary changes, additions, or corrections, and I have signed or initialed every page.

I hereby declare under penalty of perjury that the foregoing statement is true, correct, and complete to the best of my knowledge and belief.

Signature: Dexter L. Davis

Date: 12/16/97

Subscribed and sworn to before me this 17th day of Dec. 1997.

Ruby L. Perkins
Notary Public

My commission expires: at death