# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **MICHAEL W. STOVALL** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 05-400C** |
| | ) | **(Judge Allegra)** |
| | ) | |
| **THE UNITED STATES OF** | ) | |
| **AMERICA** | ) | |
| | ) | |

## AFFIDAVIT OF LLOYD WRIGHT

Before me was LLOYD WRIGHT who was deposed and said the following:

"My name is LLOYD WRIGHT. I am over 18 years old and I am capable of making this affidavit. I have personal knowledge of the facts stated herein and I make this affidavit under the penalty and understanding of perjury.

I was the Director of the USDA Office of Civil Rights in 1998. Under law and on behalf of the Secretary of Agriculture, I was authorized to accept administrative complaints of discrimination, investigate administrative complaints of discrimination and issue Final Agency Decisions confirming or denying discrimination. Additionally, I had the authority to settle via payment of compensatory damages to administrative complainants resolve claims of discrimination.

Pursuant to my authority, I negotiated and settled administrative complaints for Michael Stovall, Dexter Davis, Robert and Laverne Williams, Howard Coats, Richard Grant and Matthew Grant. There exists several other Resolution Agreements, maybe two or three, similar to the agreements for the above named black farmer complainants.

Each of those agreements, entitled "Resolution Agreement" provided payment to the black farmer complainant of compensatory damages and a variety of programmatic relief provisions ordering the USDA, Office of Civil Rights and the Farm Service Agency to perform certain future functions in connection with the black farmer complainants and their farm operations. The programmatic relief provisions were agreed to and placed in the Resolution Agreements to insure that the black farmer complainants would have an opportunity to re-enter farming and to try as much as possible to place the black farmer complainant in a position he was in prior to the offensive discrimination suffered.

To the best of my recollection, the law firm representing Michael Stovall, Dexter Davis, Robert and Laverne Williams, Howard Coats, Richard Grant and Matthew Grant was the

LEW 11/8/07

Law Office of James W. Myart, Jr., P.C. Mr. Myart negotiated on behalf of these individual black farmer complainants.

The USDA, Office of Civil Rights and the Farm Service Agency were required to perform the delineated programmatic relief functions promises in the Resolution Agreements.

AFFIANT SAYETH FURTHER NOT.

Lloyd Wright

**SUBSCRIBED AND SWORN before me on this 8TH day of November, 2007.**

**LLOYD WRIGHT'S AFFIDAVIT CONSISTS OF TWO (2) FULL PAGES.**

**Notary Public**

Philip G. Wyse
Notary Public, District of Columbia
My Commission Expires 4-14-2010