# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **MICHAEL W. STOVALL** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 05-400C** |
| | ) | **(Judge Allegra)** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |

## DECLARATION OF JAMES MYART

"My name is JAMES MYART. I am over 18 years old and I am capable of making this Declaration. I have personal knowledge of the facts stated herein and they are stated to the best of my recollection and ability. I make this declaration under the penalty and understanding of perjury.

I know Mr. Michael Stovall, a fellow black farmer, and many other black farmers, including Dexter Davis, Robert and Laverne Williams, Matthew Grant, now deceased, Howard Coats, now deceased and Richard Grant, now deceased, Willie Crute, John Boyd who all got administrative settlements through the USDA Office of Civil Rights. I also know Walter Powell and Welchel Long, now deceased, and Jim Bowie, now deceased, and the Williams who got hard fought settlement agreements as a result of their federal court cases.

I represented each of them above-named farmers and in my representation of these farmers I only became intimately aware of the black farmers discrimination claims and the resulting settlements agreements, including the programmatic relief provisions, resulting from court cases and administrative settlements.

I know Mr. Lloyd Wright, former Director, USDA Office of Civil Rights, in my capacity only as the attorney representing the above-named black farmers and having negotiated several settlements on these framers behalf.

I am aware that the USDA has in its possession several black farmer administrative settlements which to date the USA has refused to produce in accordance with the discovery rules of this Court.

I am aware of and know the legal authority of Mr. Clyde Thompson and Mr. Fred Isler possessed by them in their official capacities as employees of the United States government.

Mr. Clyde Thompson and Mr. Fred Isler acted pursuant to and through official delegation of authority by the Secretary of Agriculture, such authority vested in the Secretary of Agriculture and as provided in the Code of Federal Regulations. Mr. Clyde Thompson and Mr. Fred Isler were, through delegation of authority, vested with the authority to enter into and monitor settlement agreements in matters involving black farmers who filed complaints of racial discrimination under the auspices of the Equal credit Opportunity Act of 1972.

I personally know Clyde Thompson and Frederick Isler and I am keenly aware of their direct personal knowledge of the administrative settlements of Dexter Davis, Richard Grant, Matthew Grant, Howard Coats, Robert and Laverne Williams and Michael Stovall. I have had direct in person, phone conversations and mail communication with Mr. Thompson and Mr. Isler regarding the Michael Stovall settlement agreement as well as the discrimination claims and settlements of other black farmers above delineated.

As the attorney for Mr. and Mrs. Williams, I am ware that Mr. Clyde Thompson and Mr. Fred Isler pressured and placed the Williams under duress in connection with a settlement agreement similar to the Mr. Michael Stovall discrimination claim and settlement .

After the Tennessee protest, the black farmers including were to meet on or about July 16, 2002, in Washington DC to meet with Secretary Ann Veneman, Clyde Thompson, Mr. Isler and Ms. Arlene Leland, USDA Deputy General Counsel for Civil Rights.

I went to those meetings in Washington DC. The meetings were held at the La' Efant Plaza Hotel and in the USDA Conference Room in the USDA'S Whitten Office Building.

During the two meetings, Michael Stovall, Richard Grant, Robert and Williams and Dexter Davis, among other black farmers, presented their horror stories about continued discrimination and their breached settlement agreements to the entire panel and they discussed how the USDA officials were continuing to discriminate against them.

The panel included Mr. Thompson and Mr. Isler and other USDA officials.

I personally heard Mr. Stovall, Mr. and Mrs. Robert Williams, Mr. Grant and Mr. Davis discuss their settlement agreements in detail at both meetings.

Mr. Thompson's assertion that he was not involved and does not know about Michael Stovall's case or the other black farmer administrative cases, the settlement agreement(s) and the breaches of the settlement agreement(s), including the Michael Stovall alleged breach is just not true.

DECLARANT SAYETH FURTHER NOT. DECLARED ON THIS **ON THIS 9TH DAY OF NOVEMBER, 2007.**

James W. Myart, Jr.
(Electronic Signature)

______________________________
JAMES MYART