PLEASE SEE NEW ADDITIONAL LETTER

LAW OFFICES OF
JAMES W. MYART, JR., P.C.
"THE PRESTON HOUSE"
1104 DENVER BLVD., SUITE 300
SAN ANTONIO, TEXAS 78210
(210) 533-9461
FAX: (210) 533-4815
jwmyartlaw@satx.rr.com

November 9, 2007

Mr. Devin Wolak, Esquire via e-mail only
U. S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005

Ref: ***Stovall v. USA,*** Cause # -05-400C (Judge Allegra): Request to Re-Depose Carolyn Cooksie; Conference

Mr. Wolak:

Several weeks ago, I discussed with you my interest in re-deposing Ms. Cooksie as a result of the on going USDA Office of Inspector General Investigation being conducted. I indicated that the investigation was being conducted as a result of a letter sent by a member of Congress were in it is alleged that Ms. Cooksie was recruiting on government time USDA employees to lobby members of Congress to oppose that portion of the new farm providing black farmers additional relief and payment of compensatory damages for discrimination in the FSA Farm Loan Program and pursuant to the Pigford Black Farmer Class Action lawsuit.

Since Ms. Cooksie was legally responsible for implementation and monitoring of the programmatic relief provisions of the USDA/Stovall Resolution Agreement, her actions, if true, in this matter constitute relevant information in the Stovall matter. The relevance of such alleged actions fall squarely within Rule 406 of the Federal Rules of Evidence, to wit:

Fed. R. Civ. Evid. 406 provides as follows:

**Rule 406. Habit; Routine Practice.**

**(a) Admissibility.** Evidence of the habit of an individual or of the routine practice of a person other than an individual, whether corroborated or not and regardless of the presence of eyewitnesses, ***is relevant to prove that the conduct of the individual or other person on a particular occasion was in conformity with the habit or routine practice.***

> **(b) Method of proof.** Habit or routine practice may be proved by testimony in the form of an opinion or ***by specific instances of conduct sufficient in number to warrant a finding that the habit existed or that the practice was routine.***

It is my view that Ms. Cooksie's actions do constitute proof of habit, pattern and practice of the USDA to violate its legal and contractual obligations in connection with contracts similar to and perhaps even directly of the USA/Resolution Agreement.

I, therefore, respectfully request that we agree to set a time and place to take Ms. Cooksie's limited deposition just on this issue and nop other.

I look forward to your response.

With the desire to resolve this matter, I am

Sincerely yours,

*James W. Myart, Jr.*

James W. Myart, Jr.

C: File
Mr. Michael Stovall
Mr. Dale Moore, USDA Chief of Staff
Mr. Marc Kessleman, USDA General Counsel
Ms. Inga Bumbary-Langston, Deputy Gen. Counsel
OGC Office of Gen. Counsel for Civil Rights

**ELECTRONIC SIGNATURE AFFIXED HERE**

James W. Myart, Jr.

Senior Counsel
James W. Myart, Jr., P.C.
The Preston House
1104 Denver Blvd., Suite 300
San Antonio, Texas 78210

Contact Numbers:
210-533-9461
Fax 210-533-4815
Cell 210-831-4759

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments.

----- Original Message -----
From: <jwmyartlaw@satx.rr.com>
Date: Friday, November 9, 2007 11:19 am
Subject: Fwd: RESPECTFUL REQUEST TO MR. DEVIN WOLAK, COUNSEL FOR USA AND USDA
To: richard.okiishi@usda.gov

>
>
> James W. Myart, Jr.
> Senior Counsel
> James W. Myart, Jr., P.C.
> The Preston House
> 1104 Denver Blvd., Suite 300
> San Antonio, Texas 78210
>
> Contact Numbers:
> 210-533-9461
> Fax 210-533-4815
> Cell 210-831-4759
>
>
> Notice: This communication, including attachments, may contain
> information that is confidential and protected by the
> attorney/client or other privileges. It constitutes non-public

> information intended to be conveyed only to the designated
> recipient(s). If the reader or recipient of this communication is
> not the intended recipient, an employee or agent of the intended
> recipient who is responsible for delivering it to the intended
> recipient, or you believe that you have received this
> communication in error, please notify the sender immediately by
> return e-mail and promptly delete this e-mail, including attachments.
>

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.503 / Virus Database: 269.15.26/1120 - Release Date: 11/9/2007 9:26 AM