# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **MICHAEL W. STOVALL** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 05-400C** |
| | ) | **(Judge F. Allegra)** |
| | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |
| | ) | |

**SUPPLEMENT TO PLAINTIFF MICHAEL STOVALL'S BRIEF AND MEMORANDUM OF LAW ON DEFENDANT USA'S PATTERN AND PRACTICE OF BREACHING OTHER SETTLEMENT AGREEMENTS SIMILAR TO CONTRACT ISSUE BEFORE THE COURT**

**TO THE HONORABLE JUDGE FRANCIS ALLEGRA:**

NOW COMES Plaintiff Michael Stovall in the above styled and numbered cause and through counsel files SUPPLEMENT TO PLAINTIFF MICHAEL STOVALL'S BRIEF AND MEMORANDUM OF LAW ON DEFENDANT USA'S PATTERN AND PRACTICE OF BREACHING OTHER SETTLEMENT AGREEMENTS SIMILAR TO CONTRACT ISSUE BEFORE THE COURT and would show upon the Court the following:

1. A ¶ 13, PLAINTIFF MICHAEL STOVALL'S BRIEF AND MEMORANDUM OF LAW ON DEFENDANT USA'S PATTERN AND PRACTICE OF BREACHING OTHER SETTLEMENT AGREEMENTS SIMILAR TO CONTRACT ISSUE BEFORE THE COURT, Plaintiff asserts that **"Defendant USA has admitted that additional settlement agreements similar to the Plaintiff Stovall's agreement exist. Defendant discussed said agreements in the telephonic hearing before this Court on August 27, 2007. Counsel has previously indicated to Mr. Wolak the names of black farmers with similar, nearly exactly the same Resolution Agreements Counsel was aware actually exists."** Docket # 61

2. At footnote number six (6) to ¶ 13, Plaintiff incorporates several USDA/Black Farmer Settlement Agreements which Plaintiff, on information and belief, were breached by the

Defendant and which goes to pattern, practice and motive in the breach of contract here complained. One such agreement was the USDA/Matthew and Florenza Grant Settlement Agreement. This agreement was attached as an exhibit to docket # [61].

3. Recently, while surfing the web, Counsel went to the official website of the Black Farmers and Agriculturalist Association, Inc., http//bfaa-us.org, and found what appeared to be an urgent call for help. The "sops" call in its entirety is here presented as follows:

Official Webpage of the

Black Farmers and Agriculturalists Association

**BFAA**

n ***New!*** **URGENT! - Help secure justice for the Grant family. This family continues to be attacked by USDA and Department of Justice. You can help by writing President Bush to demand that he intervene to preserve justice for this hardworking farm family. Here is a letter for you to sign and send.**

**Click here to open a pdf of the letter below. Print, sign, and send or fax to President Bush.**

President George W. Bush
The White House
1600 Pennsylvania Ave., NW
Washington, DC 20500

Dear Mr. President:

I have recently heard of the Writ of Execution on the heirs of Matthew and Florenza Moore Grant in the New Deal Resettlement Community of Tillery, NC. From what I have been able to ascertain, this family has been in a struggle with the United States Department of Agriculture (USDA) for more than 20 years, that alone is a signal that something has gone awry in the process for citizens to settle Civil Rights Complaints with the department. I further understand that USDA, in 1996, failed to live up to a Final Judgment that covered four years of USDA discrimination against Mr. and Mrs. Grant. This is especially troubling because the document was signed by all parties, including the USDA's Office of Civil Rights. Perhaps if this document had been lived up to, the Grant Children would not be facing this Writ of Execution at this time. The USDA reneged on this document of trust just as it has with many such signed agreements involving others. Such an obvious disregard for the well-being of potentially successful small family farmers is shameful for the government offices President Lincoln originally called "the people's department."

I did not get to know the late Mr. & Mrs. Grant, but I do know their heirs. I know that this family is hard working, tax paying and citizens loving justice and equality, and that our government has already dragged them through much torture. Mr. President, you have the power and influence to cause these actions and any other action against this family to cease and desist. This family's Civil Rights complaints against the USDA and its former agency Farmers Home Administration (FmHA) have been proven time and time again. Mr. Grant, who was a successful farmer when he came to the former FmHA at USDA for loans, was placed on supervised loans; made loans at higher interest rates than white farmers all around him; and he, like other Black farmers, received his loans late. According to what I have discovered, even this Writ is the result of discriminatory practices by the USDA and its agent(s) on loans made to the Grants.

You as the President of the United States have the opportunity and duty to rectify the mistakes and/or oversights made by departments under your direct control and other branches of government, such as the Department of Justice (DOJ). So you are now being asked , at a time when the Senate is debating the 2007 Farm Bill - which might provide a modest sum of money for the cause of the "Socially Disadvantage" farmer - to use your power in these matters related to the Matthew and Florenza Moore Grant Family and send a clear and present signal to the DOJ, USDA and its agent FSA that you will not tolerate the mistreatment of our citizens.

Your immediate attention to this matter would be greatly appreciated.

Yours truly,

Name

Address

City, State, Zip Phone:

http//bfaa-us.org

4. Plaintiff supplements his brief in support of his position that the similar settlement agreements should be produced by the Defendant for all purposes of the litigation and to prove that the breached USDA/Stovall Agreement occurred as a result of the Defendant's patter, practice and motive to punish black farmers, including Plaintiff, for their efforts to simply get the justice to which they are entitled by filing administrative complaints and lawsuits in US District Courts and the Federal Court of Claims.

5. Plaintiff incorporates the above letter in PLAINTIFF MICHAEL STOVALL'S BRIEF AND MEMORANDUM OF LAW ON DEFENDANT USA'S PATTERN AND PRACTICE OF BREACHING OTHER SETTLEMENT AGREEMENTS SIMILAR TO CONTRACT ISSUE BEFORE THE COURT.

Respectfully submitted,
James W. Myart, Jr. P.C.
1104 Denver Blvd
San Antonio, Texas 78210
Phone: (210) 533-9461
Fax: (210) 533-4815
By:/S/ ______ ____________
James W. Myart, Jr.
SBN 14755950

**CERTIFICATE OF SERVICE**

I, hereby, certify that a true and correct copy of the foregoing pleading has been delivered ECF to Mr. Devin Wolak this date.

/S/______________________
James W. Myart, Jr.