# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAMS, et al., | § | |
| Plaintiffs. | § | |
| v. | § | Civ. No. 03-2245 (CKK) (JMF) |
| JOHANNS, et al., | § | |
| Defendants. | § | |

## AFFIDAVIT OF LEO CHANEY, JR.

Before me was LEO CHANEY, JR. who was deposed and said the following:

"My name is LEO CHANEY, JR.. I am over 18 years old and I am capable of making this affidavit. I have personal knowledge of the facts stated herein and these facts are stated to the best of my recollection and ability. I make this affidavit under the penalty and understanding of perjury.

I know James W. Myart, Jr. and have known him all of my life. James is my cousin by blood. James and I are very close family members and friends. Our families are also close.

I am a former member of the Dallas, Texas City Council.

Almost two years ago, nearly every Dallas City Council member, certain members of specific Dallas Boards and Commissions and I became subject to an extensive federal investigation to the FBI and the United States of Attorney of the Northern District of Texas. At about that time, I was notified by the FBI that I was under the cloud of the sweeping investigation.

I immediately contacted James in San Antonio and explained to him what I knew of the investigation. James told me that he would represent me and that he would fly to Dallas to meet with the United States Attorney on my behalf.

James flew to Dallas at his own expense and he told me that neither my family nor I would have to pay him a single penny. He said, "Leo, that's what family is for." I was relieved because I did not have the money to retain an attorney.

As promised, James met directly with the United States Attorney.

Several months ago, rumors started circulating that indictments in the cases would be announced. My family and I were being bombarded by the press. I was being stalked by the press and the press was staking out my home and my parent's home.

In a panic, I called James to advise him of what was going on. I asked him what I should do to stop the press and to find out from the United States Attorney whether I was going to be indicted.

James told me he was on sick leave and under doctor's orders. He said that that really did not matter with regard to his attempting to convince the press to leave me and my family alone.

He also said he was very surprised that the government had issued or made statements to the press that indictments would be announced the following Monday. He said that in his conversation with the US Attorney several years ago, the US Attorney promised him that he would be notified before any statements were made to the press regarding the outcome of the investigation as it related to me. James was upset about the rumors as he said that such press coverage could only have come from the US Attorney.

James said he was not able to travel to Dallas but that he would call the US Attorney and that he depending on what the US Attorney told him that would have to issue a press statement.

James called me back and informed me that he had in fact spoken with the US Attorney. He told me that according to the US Attorney I was no longer a target of the investigation and that I would not be one of the City Council members to be indicted. My family and I were ecstatic and relieved because I had been under a cloud for nearly two years.

James also told me that he thought it would be prudent if he issued a press statement designed to clear my name and to stop the press from hounding me, my parents and family. He said that would be the only way for us to get relief from the stalking by the press. He also told me that several TV station reporters had contacted him and that he would give an interview from his home were he was recuperating.

He repeated, "Leo, that's what family is for." He said he had to do it if we were going to stop the press frenzy as it related to me.

He issued a statement telling the public that I was no longer a target and that I would not be indicted. He also criticized the US Attorney for allowing me to live under a cloud when they knew at the beginning of the investigation that I had not violated any criminal laws.

I agreed with his statements and so did my entire family.

Immediately after James issued his statement and gave the interview from his home, the press stopped hounding me and my family. They stopped staking out my home, my job and my parents' house. We were all very happy and, again, relieved.

I believe it unfair for my cousin to be ridiculed for coming to the aid, free of charge, of a family member in serious trouble.

We all appreciated James' efforts and we have thanked him for doing so even while he was sick.

AFFIANT SAYETH FURTHER NOT.

Leo Chaney, Jr.
Leo Chaney, Jr.

**SUBSCRIBED AND SWORN before me on this 26th day of November, 2007.**

Africa McKinney
Notary Public

NOTARY PUBLIC STATE OF TEXAS
AFRICA McKINNEY
Notary Public, State of Texas
My Commission Expires 01-09-09