# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **MICHAEL W. STOVALL** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 05-400C** |
| | ) | **(Judge F. Allegra)** |
| | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |

## NOTICE TO THE COURT

Counsel, hereby, notices the Court of a change of mailing address of the Law Offices of James Willie Myart, Jr., P.C.

All further correspondence may be sent as blow indicated:

**Law Offices of**
**James Willie Myart, Jr., P.C.**
**P.O. Box 10249**
**"THE PRESTON HOUSE"**
**San Antonio, Texas 78210-0249**
**210.533.9461**
**Fax 210.533.4815**
**jwmyartlaw@satx.rr.com**

Respectfully submitted,

James W. Myart, Jr. P.C.
*"The Preston House"*
PO Box 10249
San Antonio, Texas 78210-0249
Phone: (210) 533-9461
Fax: (210) 533-4815
E-mail: jwmyartlaw@satx.rr.com

By:_/s/____________________
James W. Myart, Jr.
Texas Bar No. 14755950

**CERTIFICATE OF SERVICE**

Pursuant to local and F. R. C. P., Counsel has served, e-mail and ECF to all Counsel of Record.

___/s___________________________
James W. Myart, Jr.

ATTORNEY FOR PLAINTIFFS