ORIGINAL

# In the United States Court of Federal Claims

FILED
MAR 13 2008
U.S. COURT OF FEDERAL CLAIMS

**MICHAEL W. STOVALL,**
**Plaintiff**

**v.**

**05-400 C**
**Judge Allegra**

**UNITED STATES,**
**Defendant**

## MOTION TO SUBSTITUTE ATTORNEY OF RECORD

I, MICHAEL W. STOVALL, plaintiff, in **05-400 C,** ask the court to withdraw **James W. Myart, Esquire** as the plaintiff's attorney of record and substitute myself as **pro se** until I can obtain another attorney to represent me in this matter.

Michael W. Stovall
19295 County Road 150
Courtland, Alabama 35618
256-379-5328 Home
256-479-8236 cell
256-685-1149

CERTIFICATE OF SERVICE

I certify that I mailed on March 10, 2008, by regular mail, a copy of this MOTION TO SUBSTITUTE ATTORNEY OF RECORD to:

James W. Myart, Jr., Esquire
1104 Denver Street
San Antonio, TX 78210

and

Devin Andrew Wolak, Esquire
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005

Signed: ______________________