**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MICHAEL W. STOVALL, | ) | |
| | ) | Electronic Filing |
| Plaintiff, | ) | |
| | ) | No. 05-400C |
| v. | ) | |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF MICHAEL STOVALL'S**
**MOTION TO SUBSTITUTE ATTORNEY OF RECORD**

On March 13, 2008, the plaintiff in this case, Mr. Michael Stovall, filed a motion seeking an order withdrawing his attorney, Mr. James Myart, Jr., from this case. Mr. Stovall further seeks permission to proceed pro se while he searches for another attorney to represent him in this matter. In his motion, Mr. Stovall does not provide any reason for his request.

The United States has no position with respect to Mr. Stovall's motion. We will represent, however, that counsel for the defendant has been unable to contact Mr. Myart since February 12, 2008, despite several attempts to do so. If counsel for the defendant is still unable to contact Mr. Myart by March 28, 2008 (when our next joint status report is due), we will seek leave to file our own status report, in which we will detail our efforts to contact Mr. Myart.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 616-0170
Fax (202) 514-8624

March 14, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on March 14, 2008, a copy of the foregoing "DEFENDANT'S RESPONSE TO PLAINTIFF MICHAEL STOVALL'S MOTION TO SUBSTITUTE ATTORNEY OF RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin A. Wolak
DEVIN A. WOLAK