IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MICHAEL W. STOVALL,
Plaintiff,

Electronic Filing

v.

No. 05-400C

THE UNITED STATES,
Defendant.

(Judge Allegra)

**MOTION TO SUBSTITUTE COUNSEL**

Comes now the plaintiff, Michael W. Stovall, and moves this Honorable Court to allow him to substitute Howell Roger Riggs as attorney of record for the plaintiff, Michael W. Stovall, who is currently proceeding *pro se*.

s/Howell Roger Riggs
Dick Riggs Miller LLP
200 Clinton Avenue West, Suite 1050
Huntsville, AL 35801
Telephone: (256) 564-7317
Facsimile: (256) 564-7319
hriggs@drmslaw.net

**AFFIDAVIT OF APPOINTMENT**

I, Howell Roger Riggs, do swear and affirm that I have been hired by the plaintiff, Michael W. Stovall, to represent his interests in the above-styled action. Further, I do swear and affirm that I am in good standing and duly admitted to practice before the United States Court of Federal Claims.

s/Howell Roger Riggs
Dick Riggs Miller LLP
200 Clinton Avenue West, Suite 1050
Huntsville, AL 35801
Telephone: (256) 564-7317
Facsimile: (256) 564-7319
hriggs@drmslaw.net

April 17, 2008