**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MICHAEL W. STOVALL,** **Plaintiff,** | **Electronic Filing** |
| **v.** | **No. 05-400C** |
| **THE UNITED STATES,** **Defendant.** | **(Judge Allegra)** |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Patrick O. Miller as an assisting attorney of record for the plaintiff, Michael W. Stovall.

OF COUNSEL:

s/ Patrick O. Miller__________
Dick Riggs Miller LLP
200 Clinton Avenue West, Suite 1050
Huntsville, AL 35801
Telephone: (256) 564-7317
Facsimile: (256) 564-7319
pmiller@drmslaw.net

April 18, 2008