# In The United States Court of Federal Claims

No. 05-400C

(Filed: May 12, 2008)

MICHAEL W. STOVALL,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On January 9, 2008, this court granted in part and denied in part plaintiff's motion to re-open discovery. The court ordered the deposition of Clyde Thompson, for limited purposes, the deposition of Sam Snyder, and the deposition of Dr. John Swiger, and extended discovery cutoff to March 14, 2008, to allow these depositions. On March 27, 2008, defendant filed a status report apprising the court that the deposition of Dr. John Swiger had taken place as scheduled, but that plaintiff's counsel abruptly canceled the depositions of Clyde Thompson and Sam Snyder. Thereafter defendant had been unable to reach plaintiff's counsel despite numerous attempts to do so. On April 1, 2008, the court granted a motion to terminate plaintiff's counsel, and, on April 18, 2008, the court granted plaintiff's motion to substitute attorney Howell Roger Riggs in place of James Myart, Jr.

On or before May 28, 2008, the parties shall file a joint status report indicating how the case should proceed, with a proposed schedule for any remaining depositions, if applicable.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge