**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MICHAEL W. STOVALL,**<br>**Plaintiff,** | **Electronic Filing** |
| **v.** | **No. 05-400C** |
| **THE UNITED STATES,**<br>**Defendant.** | **(Judge Allegra)** |

**NOTICE OF CHANGE OF CONTACT INFORMATION FOR PLAINTIFF'S COUNSEL**

Comes now the plaintiff, Michael W. Stovall, by and through his attorney of record and provides this Honorable Court notice of additional contact information for Howell Roger Riggs relative to the conference call scheduled for June 18, 2008, at 10:00 a.m. Plaintiff's counsel is presently away from his usual office, and for the purposes of this conference call, Mr. Riggs can be reached at **(850) 497-6847 or (256) 508-6748**. Other than for this particular conference call, plaintiff's counsel may still be contacted at the address and telephone number listed below.

Respectfully submitted on this the 17th day of June, 2008.

s/Howell Roger Riggs
Attorney for the Plaintiff
Dick Riggs Miller LLP
200 Clinton Avenue West, Suite 1050
Huntsville, AL 35801
Telephone: (256) 564-7317
Facsimile: (256) 564-7319
hriggs@drmslaw.net

**Certificate of Service**

I, Howell Roger Riggs, do hereby certify that the above Notice was electronically filed using this Court's PACER electronic filing system, and lawful service has been effectuated upon all parties by electronic means as a result thereof.

s/Howell Roger Riggs