# In The United States Court of Federal Claims

No. 05-400C

(Filed: June 30, 2008)

MICHAEL W. STOVALL,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 18, 2008, this court held a joint status conference in this case. Participating in this conference were Mr. Howell Roger Riggs, for plaintiff, and Mr. Devin Wolak, for defendant. As agreed on by the parties during that conference, the court hereby ORDERS the following:

1. Discovery in this case is re-opened until September 2, 2008;

2. Plaintiff is authorized to conduct the deposition of Mr. Clarence Snyder, Mr. Clyde Thompson, Mr. Jerome Williams, Mr. Jimmy Sandler, and Mr. Calvin Gibson for the purposes discussed at the pretrial conference;

3. On or before July 2, 2008, plaintiff must serve an interrogatory seeking to ascertain whether Mr. Frederick Isler possesses knowledge relevant to Mr. Stovall's claim for breach of contract. Alternatively, plaintiff can notify the court that it does not intend to depose Mr. Isler; and

4. On or before September 15, 2008, the parties shall file a joint status report, indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge