**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**MICHAEL W. STOVALL,**
**Plaintiff,** **Electronic Filing**

**v.** **No. 05-400C**

**THE UNITED STATES,** **(Judge Allegra)**
**Defendant.**

**NOTICE OF APPEARANCE**

I, Timothy P. Pittman, hereby give notice of my appearance as "of counsel" on behalf of the plaintiff, Michael W. Stovall.

Respectfully submitted on this the 4th day of August, 2008.

**/s/ Timothy P. Pittman**
Timothy P. Pittman
Attorney for the Plaintiff
Dick Riggs Miller LLP
200 Clinton Avenue West, Suite 1050
Huntsville, AL 35801
Telephone: (256) 564-7317
Facsimile: (256) 564-7319
tpittman@drmslaw.net

**Certificate of Service**

I, Timothy P. Pittman, do hereby certify that as of the 4th day of August, 2008, a true and correct copy of the foregoing Notice of Appearance has been lawfully served upon counsel for the defendant incident to electronic filing and by U.S. Mail, postage pre-paid and properly addressed to the following:

Devin A. Wolak
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530

**/s/ Timothy P. Pittman**
Timothy P. Pittman