**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MICHAEL W. STOVALL,**<br>**Plaintiff,** | **Electronic Filing** |
| **v.** | **No. 05-400C** |
| **THE UNITED STATES,**<br>**Defendant.** | **(Judge Allegra)** |

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE**

Comes now the Plaintiff, Michael W. Stovall, pursuant to Rule 6.1 of the *Rules of the United States Court of Federal Claims*, and moves this Honorable Court to extend the deadline for the completion of discovery in the above-styled action. In support of this motion, the Plaintiff would show unto the Court as follows:

1. On June 18, 2008, after holding a joint status conference, this Court ordered that the discovery period in the above-styled action would be re-opened until September 2, 2008. (Docket Entry 78)

2. The parties to the above-styled action have successfully engaged in the exchange of discovery, including specifically the deposition of Clarence "Sam" Snyder.

3. Unfortunately, due to mutually conflicting schedules, the parties to the above-styled action have been unable to complete the additional discovery which they both agree to be necessary and proper in this action.

4. Further, the parties continue to engage in negotiations regarding the relevance of several of the plaintiff's discovery requests, as well as, the appropriateness of several of the defendant's assertions of privilege. The parties are optimistic that these issues can be resolved without the need for a Protective Order and/or Motion to Compel if allowed to complete their negotiations.

5. Neither the plaintiff, nor the defendant have previously filed motion to extend the discovery deadline at issue.

6. Devin A. Wolak, Counsel for the defendant, having been apprised of the plaintiff's intent to file this motion, and having been afforded the opportunity to review its substance prior to filing, has confirmed the veracity of its averments and indicated his non-opposition to its prayer.

WHEREFORE, the premises considered, the Plaintiff prays this Honorable Court to extend the discovery deadline in the above-styled action by fourteen (14) days, thereby establishing a new deadline of September 16, 2008.

This Motion is respectfully submitted on this the 28th day of August, 2008.

/s/ Howell Roger Riggs_________________
Howell Roger Riggs
Attorney for the Plaintiff
Dick Riggs Miller LLP
200 Clinton Avenue West, Suite 1050
Huntsville, Alabama 35801
Tel: (256) 564-7317
Fax: (256) 564-7319
hriggs@drmslaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August, 2008, I caused a copy of the foregoing motion to be served upon counsel for the defendant via electronic mail incident to electronic filing, and by placing the same in the U.S. Mail, properly addressed and postage prepaid to the following:

Devin A. Wolak
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

/s/ Howell Roger Riggs________________________
Howell Roger Riggs