# In The United States Court of Federal Claims

No. 05-400C

(Filed: September 2, 2008)

MICHAEL W. STOVALL,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On August 29, 2008, plaintiff filed an unopposed motion for an extension of time to complete discovery. The motion is hereby **GRANTED**. Accordingly:

1. On or before September 16, 2008, discovery shall be completed; and

2. On or before September 30, 2008, the parties shall file a joint status report, indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge