# In The United States Court of Federal Claims

No. 05-400C

(Filed: September 16, 2008)

_____

MICHAEL W. STOVALL,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On September 2, 2008, the court granted plaintiff's unopposed motion for a fourteen day extension of time to complete discovery. On September 15, 2008, the parties filed a joint motion requesting that the court extend the scheduled discovery deadline until November 17, 2008. The motion is hereby **GRANTED**. Accordingly:

1. On or before November 17, 2008, discovery shall be completed; and

2. On or before December 1, 2008, the parties shall file a joint status report, indicating how this case should proceed.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra  
                                              Francis M. Allegra  
                                              Judge