# In The United States Court of Federal Claims

No. 05-400C

(Filed: November 13, 2008)

_____

MICHAEL W. STOVALL,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On September 16, 2008, plaintiff filed a motion to compel defendant to produce the March 30, 1998, memorandum prepared by the Office of General Counsel for the United States Department of Agriculture and pertaining to its claims. Defendant filed a response on October 17, 2008, indicating its willingness to make the OGC Memorandum available for in camera inspection. In its reply filed on October 31, 2008, plaintiff requested that the court compel discovery of additional documents. Accordingly:

1. On or before December 4, 2008, defendant shall electronically file as one appendix, all 26 documents plaintiff has requested in Exhibit A of its reply for in camera inspection.

2. The filing shall contain a log that for each document provides the Bates range, date, a document description, sender, recipient, privilege asserted, and whether withheld or redacted. The log should also indicate, for each document, if the sender or recipient is an attorney.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge