# In The United States Court of Federal Claims

No. 05-400C

(Filed: December 3, 2008)

_____

MICHAEL W. STOVALL,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On December 2, 2008, plaintiff filed an unopposed motion to extend discovery until February 6, 2009. The motion is hereby **GRANTED**. Accordingly:

1. On or before February 6, 2009, discovery shall be completed; and

2. On or before February 20, 2009, the parties shall file a joint status report, indicating how this case should proceed.

3. Because the court has granted two prior motions to extend discovery, by fourteen days on September 2, 2008, and by sixty-two days on September 16, 2008, **no further enlargement of these deadlines will be granted**.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra  
                                            Francis M. Allegra  
                                            Judge