# In The United States Court of Federal Claims

No. 05-400C

(Filed: January 26, 2009)

_____

MICHAEL W. STOVALL,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On or before February 2, 2009, defendant shall file a memorandum indicating:

1. Whether, in the future litigation of this case, it intends to use any extrinsic (parol) evidence to bolster its interpretation of the Resolution Agreement that the Office of Civil Rights (OCR) entered into with plaintiff in 1998; and

2. If so, whether any of the extrinsic (parol) evidence will relate to statements or other communications made by, or actions taken by, members of the United State Department of Agriculture's Office of the General Counsel (OGC).

**IT IS SO ORDERED.**

                                                        s/ Francis M. Allegra
                                                        Francis M. Allegra
                                                        Judge