# In The United States Court of Federal Claims

No. 05-400C

(Filed: February 18, 2009)

_____

MICHAEL W. STOVALL,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On December 3, 2008, the court ordered that a joint status report be filed in this case by February 20, 2009. That order is hereby stricken. The court will issue a subsequent order establishing a new filing date by which the parties shall file their next joint status report.

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge