# In The United States Court of Federal Claims

No. 05-400C

(Filed: March 6, 2009)

_____

| | |
|---|---|
| MICHAEL W. STOVALL, | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| Defendant. | \* |
| | \* |
| | \* |
| | \* |
| | \* |

_____

**ORDER**

_____

      On February 20, 2009, this court granted, in part, and denied, in part, plaintiff's motion to compel the production of documents responsive to one of its requests for production. At that time, it ordered defendant to file certain documents on or before March 6, 2009. On March 5, 2009, defendant filed a motion seeking reconsideration of that order. Although the latter motion does not seek a stay of the production – as, in the court's view, it would have been proper to seek – the court, nonetheless, hereby **STAYS** its order requiring the production of the documents covered by defendant's reconsideration motion, until further order. The court will advise plaintiff if it deems a response to defendant's motion necessary.

      **IT IS SO ORDERED**.

s/ Francis M. Allegra<br>
Francis M. Allegra<br>
Judge