# In The United States Court of Federal Claims

No. 05-400C

(Filed: March 10, 2009)

_____

| | |
|---|---|
| MICHAEL W. STOVALL, | * |
| | * |
| Plaintiff, | * |
| | * |
| | * |
| v. | * |
| | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| | * |
| | * |
| | * |

_____

**ORDER**

_____

    On February 20, 2009, this court granted, in part, and denied, in part, plaintiff's motion to compel the production of documents responsive to one of its requests for production.  On March 5, 2009, defendant filed a motion seeking reconsideration of that order.  On or before March 20, 2009, plaintiff shall file a response to defendant's motion.

    **IT IS SO ORDERED**.

s/ Francis M. Allegra<br>
Francis M. Allegra<br>
Judge