# In The United States Court of Federal Claims

No. 05-400C

(Filed: June 8, 2009)

_____

MICHAEL W. STOVALL,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On June 5, 2009, the parties filed a joint status report with conflicting views on how to proceed in this case. Having reviewed the report and prior filings, the court believes the best course is to continue with briefing on defendant's proposed dispositive motion, as no prior dispositive motion on the merits has been filed to date. Accordingly:

1. On or before July 20, 2009, defendant shall file its dispositive motion; and

2. Subsequent briefing on defendant's motion shall follow the standard deadlines set forth in RCFC 7.2.

**IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge