# In The United States Court of Federal Claims

No. 05-400C

(Filed: April 27, 2010)

_____

MICHAEL W. STOVALL,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic oral argument on the parties' motions for summary judgement will be held in this case on Tuesday, May 25, 2010, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge