# In The United States Court of Federal Claims

No. 05-400C

(Filed: July 21, 2010)

_____

MICHAEL W. STOVALL,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      The Clerk is hereby ordered to seal all documents filed under docket entries nos. 113 and 124 in this matter, including defendant's Proposed Findings Of Uncontroverted Fact, plaintiff's response to defendant's Proposed Findings of Uncontroverted Fact, and all appendices attached thereto.

    **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge