# In The United States Court of Federal Claims

No. 05-400C

(Filed:  September 14, 2010)
_____

MICHAEL W. STOVALL,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.
_____

**ORDER**
_____

      On September 10, 2010, the parties filed their joint status report stating that they have been in settlement discussions.  On or before November 19, 2010, the parties shall file a joint status report indicating the status of their settlement progress.  If that report does not reflect substantial and concrete progress toward settlement, the court will set trial for March 2011 in Hunstville, Alabama.

      **IT IS SO ORDERED.**

                                       s/ Francis M. Allegra
                                       Francis M. Allegra
                                       Judge