# In The United States Court of Federal Claims

No. 05-400C

(Filed: November 17, 2010)

_____

MICHAEL W. STOVALL,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On November 8, 2010, the parties filed a joint motion requesting the assignment of a settlement judge. The motion is hereby **GRANTED**. Accordingly:

1. Proceedings in this case are **STAYED** until further notice;

2. At the parties' request, the case is hereby referred to Senior Judge Eric Bruggink to conduct ADR in this matter;

3. On or before February 9, 2011, the parties shall file a joint status report regarding the progress of ADR; and

4. The parties shall notify the court immediately if settlement discussions break down and there is a need to restore this case to the active docket.

**IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge