# In The United States Court of Federal Claims

No. 05-400C

(Filed: March 8, 2011)

_____

MICHAEL W. STOVALL,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On November 17, 2010, the court stayed this case. On or before April 8, 2011, the parties shall file a joint status report regarding the progress of the Alternative Dispute Resolution.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge