# In The United States Court of Federal Claims

No. 05-400C

(Filed:  April 11, 2011)
_____

MICHAEL W. STOVALL,

                          Plaintiff,

       v.

THE UNITED STATES,

                          Defendant.

_____

**ORDER**
_____

      A telephonic status conference will be held in this case on Wednesday, April 13, 2011, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

      **IT IS SO ORDERED.**


                          s/ Francis M. Allegra_____
                          Francis M. Allegra
                          Judge