# In The United States Court of Federal Claims

No. 05-400C

(Filed: April 13, 2011)
_____

MICHAEL W. STOVALL,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**
_____

On November 10, 2010, this case was stayed and referred to ADR. On December 22, 2010, plaintiff filed a motion to amend his expert disclosures, which, on March 9, 2011, the court stayed until further order.

On April 13, 2011, a telephonic status conference was held in this case. Participating in the conference were Howell Riggs, on behalf of plaintiff, and Devin Wolak, on behalf of defendant. As discussed during the conference:

1. This case is hereby restored to the active docket; and

2. On or before April 29, 2011, defendant shall file its response to plaintiff's motion to amend expert disclosures. (Plaintiff's reply shall be due in accordance with the timing provisions of the RCFC).

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge