# In The United States Court of Federal Claims

No. 05-400C

(Filed: May 3, 2011)

_____

MICHAEL W. STOVALL,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On May 2, 2011, plaintiff filed a motion to approve a consent judgment. Plaintiff's motion is hereby **GRANTED.** The Clerk is directed to enter judgment against defendant in the amount of $250,000, which includes all interest, costs, expenses, and attorneys fees, and dismiss the complaint with prejudice.

    **IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge